### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH,<br><br>              Plaintiff,<br><br>vs.<br><br>QUEST HEALTH SOLUTIONS, LLC,<br><br>              Defendant. | :<br>:<br>:   CIVIL NO.  2:24-cv-05478-MKC<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF APPEARANCE

**TO THE CLERK:**

    Kindly enter the appearance of Brian T. Feeney on behalf of Defendant Quest Health Solutions, LLC, in the above-captioned action.

                                                   Respectfully submitted,

Dated:  October 30, 2024              **GREENBERG TRAURIG, LLP**

                                            *s/ Brian T. Feeney*
                                            Brian T. Feeney, Esq. (PA Bar No. 78574)
                                            1717 Arch Street, Suite 400
                                            Philadelphia, PA 19103
                                            T: (215) 988.7812
                                            F: (215) 988.7801
                                            Brian.Feeney@gtlaw.com

                                            ***Attorneys for Defendant Quest Health Solutions, LLC***

## **CERTIFICATE OF SERVICE**

I, Brian T. Feeney, hereby certify that on this 30th day of October 2024, I caused a true and correct copy of the foregoing Notice of Appearance to be served via this Court's ECF filing system on all counsel of record.

*s/ Brian T. Feeney*
Brian T. Feeney, Esq.