IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, | : |
| Plaintiff, | : |
| vs. | : CIVIL NO. 2:24-cv-05478-MKC |
| QUEST HEALTH SOLUTIONS, LLC, | : |
| Defendant. | : |

**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for plaintiff Jessica Murch ("Plaintiff") and counsel for defendant Quest Health Solutions, LLC ("Defendant"), that the date by which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint is extended to and including Monday, December 9, 2024. This is Defendant's first request for an extension of time to respond to the Complaint.

*s/Anthony Paronich*
Anthony Paronich, Esq.
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
P: (617) 485-0018
anthony@paronichlaw.com

*Attorney for Plaintiff Jessica Murch*

Dated: October 30, 2024

*s/Brian T. Feeney*
Brian T. Feeney, Esq.
**GREENBERG TAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA 19103
P: (215) 988-7812
Brian.Feeney@gtlaw.com

*Attorney for Defendant Quest Health Solutions, LLC*

Dated: October 30, 2024

**APPROVED:**

Dated: _____                              _____
                                                                                           J.