IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, <br><br> Plaintiff, <br><br> vs. <br><br> QUEST HEALTH SOLUTIONS, LLC, <br><br> Defendant. | : <br> : <br> : CIVIL NO. 2:24-cv-05478-MKC <br> : <br> : <br> : <br> : |

**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for plaintiff Jessica Murch ("Plaintiff") and counsel for defendant Quest Health Solutions, LLC ("Defendant"), that the date by which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint is extended to and including Monday, December 9, 2024. This is Defendant's first request for an extension of time to respond to the Complaint.

| | |
|---|---|
| *s/Anthony Paronich* <br> Anthony Paronich, Esq. <br> **PARONICH LAW, P.C.** <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> P: (617) 485-0018 <br> anthony@paronichlaw.com <br><br> *Attorney for Plaintiff Jessica Murch* <br><br> Dated: October 30, 2024 | *s/Brian T. Feeney* <br> Brian T. Feeney, Esq. <br> **GREENBERG TRAURIG, LLP** <br> 1717 Arch Street, Suite 400 <br> Philadelphia, PA 19103 <br> P: (215) 988-7812 <br> Brian.Feeney@gtlaw.com <br><br> *Attorney for Defendant Quest Health Solutions, LLC* <br><br> Dated: October 30, 2024 |

**APPROVED:**

Dated: October 30, 2024

_____
Mary Kay Costello       J.