# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JESSICA MURCH**<br>*Plaintiff*<br><br>v.<br><br>**QUEST HEALTH SOLUTIONS, LLC**<br>*Defendant* | Case No. 24-cv-5478 |

## <u>ORDER</u>

**AND NOW**, this 25th day of November, 2024, it is **ORDERED** that counsel contemplating filing a motion under Federal Rule of Civil Procedure 12(b)(6), (e), or (f), shall first contact opposing counsel to discuss the substance of the contemplated motion and to provide an opportunity to cure any alleged pleading deficiencies or strike certain matter. This conference shall take place at least seven days before the filing of the motion.

If the parties are unable to resolve the issue without a motion, then the moving party must state in the motion the date the conference took place and certify that the parties were unable to resolve the issue during the conference.

The Court will deny any motion filed pursuant to Federal Rule of Civil Procedure 12(b)(6), (e), or (f) that fails to conform with these requirements.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge