IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH,<br><br>             Plaintiff,<br><br>vs.<br><br>QUEST HEALTH SOLUTIONS, LLC,<br><br>             Defendant. | :<br>:<br>:<br>:   CIVIL NO.  2:24-cv-05478-MKC<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for plaintiff Jessica Murch ("Plaintiff") and counsel for defendant Quest Health Solutions, LLC ("Defendant") as follows:

**WHEREAS**, Plaintiff commenced this action by filing a complaint on October 15, 2024;

**WHEREAS**, Defendant's response to the complaint was due on December 9, 2024 (Dkt. 5):

**WHEREAS**, pursuant to this Court's order of November 26, 2024 (Dkt. 6), the parties met and conferred on December 2, 2024 regarding the motion under Fed. R. Civ. P. 12(b)(6) to dismiss that Defendant intended to file; and

**WHEREAS**, as a result of the meet and confer, Plaintiff has determined to amend her complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1).

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Defendant need not answer or otherwise respond to the complaint;

2. Plaintiff shall file an amended complaint on or before December 18, 2024; and

3. Defendant shall answer, move, or otherwise respond to the amended complaint on or before January 15, 2025.

Respectfully submitted:

| | |
|---|---|
| *s/Anthony Paronich* | *s/Brian T. Feeney* |
| Anthony Paronich, Esq. | Brian T. Feeney, Esq. |
| **PARONICH LAW, P.C.** | **GREENBERG TRAURIG, LLP** |
| 350 Lincoln Street, Suite 2400 | 1717 Arch Street, Suite 400 |
| Hingham, MA 02043 | Philadelphia, PA 19103 |
| P: (617) 485-0018 | P: (215) 988-7812 |
| anthony@paronichlaw.com | Brian.Feeney@gtlaw.com |
| | |
| *Attorney for Plaintiff Jessica Murch* | *Attorney for Defendant Quest Health Solutions, LLC* |
| Dated: December 6, 2024 | Dated: December 6, 2024 |

**IT IS SO ORDERED**, this ___ day of December 2024:

_____
Hon. May Kay Costello