# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA MURCH; ALL OTHERS SIMILARLY SITUATED** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**QUEST HEALTH SOLUTIONS, LLC, HAPPY QUOTE LLC** )<br>)<br>*Defendant* | Civil Action No. 24-cv-05478 |

## AFFIDAVIT OF SERVICE

I, Tara Little, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Happy Quote LLC in Cass County, MO on December 23, 2024 at 3:56 pm at 117 South Lexington Street, ste 100, Harrisonville, MO 64701 by leaving the following documents with Marty Butler who as Intake Specialist at Northwest Registered Agent Service, Inc. Spangler and Douglas is authorized by appointment or by law to receive service of process for Happy Quote LLC.

SUMMONS, AND PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

White Female, est. age 45-54, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.6736290781,-94.3514494916
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Jackson County  ,   MO   on   12/25/2024  .

/s/ *Tara Little*

Signature
Tara Little
+1 (816) 304-8538

