## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH,<br>Individually and on behalf of all others<br>similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>QUEST HEALTH SOLUTIONS, LLC,<br>and HAPPY QUOTE LLC,<br><br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:　CIVIL ACTION<br>:<br>:　NO.  24-5478<br>:<br>:<br>:<br>:<br>: |

### STIPULATION AND ORDER

Plaintiff Jessica Murch and Defendant Happy Quote LLC stipulate and agree, subject to the approval of this Court, that Defendant Happy Quote LLC shall have until **February 12, 2025**, to respond to the Amended Complaint (ECF No. 9) so that Defendant can investigate Plaintiff's allegations and file a proper response.

Dated:  January 13, 2025

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Ave.
Glenside, PA 19038
(215) 225-5529
a@perronglaw.com

*Attorney for Plaintiff*

Respectfully submitted,

/s/ *John G. Papianou*
John G. Papianou, Esquire
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 772-1500
jpapianou@mmwr.com

*Attorney for Defendant Happy Quote LLC*

**APPROVED AND SO ORDERED:**

Dated: _____, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARY KAY COSTELLO
　　　　　　　　　　　　　　　　　　　　United States District Judge