# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH,<br>Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>QUEST HEALTH SOLUTIONS, LLC,<br>and HAPPY QUOTE LLC,<br><br>   Defendants. | CIVIL ACTION<br><br>NO. 2:24-cv-05478-MKC |

## STIPULATION AND ORDER

Plaintiff Jessica Murch, Defendant Happy Quote LLC, and Defendant Quest Health Solutions, LLC, stipulate and agree, subject to the approval of this Court, that Defendants shall have until **February 12, 2025**, to respond to the Amended Complaint (ECF No. 9) so that Defendants can investigate Plaintiff's allegations and file a proper response.

Dated:  January 13, 2025                                                                  Respectfully submitted,

**PERRONG LAW LLC**                                               **MONTGOMERY MCCRACKEN**
                                                                                                   **WALKER & RHOADS LLP**


/s/ *Andrew Roman Perrong*                                         /s/ *John G. Papianou*
Andrew Roman Perrong, Esq.                                        John G. Papianou, Esq.
a@perronglaw.com                                                         jpapianou@mmwr.com
2657 Mount Carmel Avenue                                         1735 Market Street, 20th Floor
Glenside, PA 19038                                                         Philadelphia, PA 19103
T:  (215) 225-5529                                                            T:  (215) 772-1500

*Attorney for Plaintiff*                                                         *Attorney for Defendant Happy Quote LLC*

**GREENBERG TRAURIG, LLP**

*/s/ Brian T. Feeney*
Brian T. Feeney, Esq.
Brian.Feeney@gtlaw.com
1717 Arch Street, Suite 400
Philadelphia, PA 19103
T:  (215) 988-7812

*Attorney for Defendant Quest Health Solutions, LLC*

**APPROVED AND SO ORDERED:**

Dated: _____, 2025          MARY KAY COSTELLO
                                      United States District Judge