**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JESSICA MURCH,<br>Individually and on behalf of all others<br>similarly situated, | : <br> : <br> : <br> : | |
| Plaintiff, | : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 2:24-cv-05478-MKC |
| QUEST HEALTH SOLUTIONS, LLC,<br>and HAPPY QUOTE LLC, | : <br> : <br> : | |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF JESSICA MURCH'S AND DEFENDANT HAPPY QUOTE LLC'S STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff Jessica Murch and Defendant Happy Quote LLC hereby withdraw the Stipulation to Extend the Deadline for Response to Plaintiff's Amended Complaint (ECF No. 12). A new stipulation filed on behalf of all defendants has been submitted for the Court's approval (ECF No. 13).

Dated: January 13, 2025                                    Respectfully submitted,

**PERRONG LAW LLC**                                    **MONTGOMERY MCCRACKEN**
                                                       **WALKER & RHOADS LLP**


/s/ *Andrew Roman Perrong*                              /s/ *John G. Papianou*
Andrew Roman Perrong, Esq.                              John G. Papianou, Esq.
a@perronglaw.com                                        jpapianou@mmwr.com
2657 Mount Carmel Avenue                                1735 Market Street, 20th Floor
Glenside, PA 19038                                      Philadelphia, PA 19103
T: (215) 225-5529                                       T: (215) 772-1500

*Attorney for Plaintiff*                                *Attorney for Defendant Happy Quote LLC*