### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH,<br>Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>QUEST HEALTH SOLUTIONS, LLC,<br>and HAPPY QUOTE LLC,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 2:24-cv-05478-MKC<br>:<br>:<br>:<br>: |

### STIPULATION AND ORDER

Plaintiff Jessica Murch, Defendant Happy Quote LLC, and Defendant Quest Health Solutions, LLC, stipulate and agree, subject to the approval of this Court, that Defendants shall have until **February 12, 2025**, to respond to the Amended Complaint (ECF No. 9) so that Defendants can investigate Plaintiff's allegations and file a proper response.

Dated: January 13, 2025                                                         Respectfully submitted,

**PERRONG LAW LLC**                                          **MONTGOMERY MCCRACKEN**
                                                                                                      **WALKER & RHOADS LLP**

/s/ *Andrew Roman Perrong*                                       /s/ *John G. Papianou*
Andrew Roman Perrong, Esq.                                    John G. Papianou, Esq.
a@perronglaw.com                                                       jpapianou@mmwr.com
2657 Mount Carmel Avenue                                       1735 Market Street, 20th Floor
Glenside, PA 19038                                                      Philadelphia, PA 19103
T: (215) 225-5529                                                          T: (215) 772-1500

*Attorney for Plaintiff*                                                   *Attorney for Defendant Happy Quote LLC*

**GREENBERG TRAURIG, LLP**

*/s/ Brian T. Feeney*
Brian T. Feeney, Esq.
Brian.Feeney@gtlaw.com
1717 Arch Street, Suite 400
Philadelphia, PA 19103
T:  (215) 988-7812

*Attorney for Defendant Quest Health Solutions, LLC*

Dated: _____January 14_____, 2025

**APPROVED AND SO ORDERED:**

_____
MARY KAY COSTELLO
United States District Judge