**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MURCH** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| | : | |
| **QUEST HEALTH SOLUTIONS, LLC** | : | **NO.: 24-cv-5478** |
| | : | |

## O R D E R

      **AND NOW**, this **16**th day of **JANUARY 2025**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

      **ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Mary Kay Costello to the calendar of the Honorable Gail A. Weilheimer.

                    **FOR THE COURT:**

                    **MITCHELL S. GOLDBERG**
                    **Chief Judge**

                    **ATTEST:**

                    **/s/George Wylesol**
                    **GEORGE WYLESOL**
                    **Clerk of Court**