# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH,<br>Individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>           v.<br><br>QUEST HEALTH SOLUTIONS, LLC,<br>and HAPPY QUOTE LLC,<br><br>           Defendants. | CIVIL ACTION<br><br>NO. 2:24-cv-05478-GAW |

## STIPULATION AND ORDER

Plaintiff Jessica Murch, Defendant Happy Quote LLC, and Defendant Quest Health Solutions, LLC, stipulate and agree, subject to the approval of this Court, that the Parties have agreed to an additional extension of time to file a response for both Defendants, in the amount of fourteen (14) days. The Parties are involved in discussing a potential settlement to this case and would benefit from the additional time to attempt to reach a resolution. Therefore, Defendants shall have until **February 26, 2025**, to respond to the Amended Complaint (ECF No. 9). This is Defendants' second stipulation for an extension of time to file an answer. The Parties anticipate that this will be the final extension.

Dated: February 11, 2025                                                             Respectfully submitted,

**PERRONG LAW LLC**                              **MONTGOMERY MCCRACKEN**
                                                                     **WALKER & RHOADS LLP**


/s/ *Andrew Roman Perrong*                       /s/ *John G. Papianou*
Andrew Roman Perrong, Esq.                      John G. Papianou, Esq.
a@perronglaw.com                                       jpapianou@mmwr.com
2657 Mount Carmel Avenue                       1735 Market Street, 20th Floor
Glenside, PA 19038                                        Philadelphia, PA 19103
T: (215) 225-5529                                            T: (215) 772-1500

| | |
|---|---|
| *Attorney for Plaintiff* | *Attorney for Defendant Happy Quote LLC* |

**GREENBERG TRAURIG, LLP**

*/s/ Brian T. Feeney*
Brian T. Feeney, Esq.
Brian.Feeney@gtlaw.com
1717 Arch Street, Suite 400
Philadelphia, PA 19103
T: (215) 988-7812

*Attorney for Defendant Quest Health Solutions, LLC*

                                                        **APPROVED AND SO ORDERED:**

Dated: _____, 2025      GAIL A. WEILHEIMER
United States District Judge