IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH,<br>Individually and on behalf of all others<br>similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>QUEST HEALTH SOLUTIONS, LLC,<br>and HAPPY QUOTE LLC,<br><br>          Defendants. | CIVIL ACTION<br><br>NO. 2:24-cv-05478-GAW |

## STIPULATION AND ORDER

Plaintiff Jessica Murch, Defendant Happy Quote LLC, and Defendant Quest Health Solutions, LLC, stipulate and agree, subject to the approval of this Court, that the Parties have agreed to an additional extension of time to file a response for both Defendants, in the amount of fourteen (14) days. The Parties are involved in discussing a potential settlement to this case and would benefit from the additional time to attempt to reach a resolution. Therefore, Defendants shall have until **February 26, 2025**, to respond to the Amended Complaint (ECF No. 9). This is Defendants' second stipulation for an extension of time to file an answer. The Parties anticipate that this will be the final extension.

Dated: February 11, 2025                                     Respectfully submitted,

**PERRONG LAW LLC**                                          **MONTGOMERY MCCRACKEN**
                                                             **WALKER & RHOADS LLP**

/s/ *Andrew Roman Perrong*                                   /s/ *John G. Papianou*
Andrew Roman Perrong, Esq.                                   John G. Papianou, Esq.
a@perronglaw.com                                             jpapianou@mmwr.com
2657 Mount Carmel Avenue                                     1735 Market Street, 20th Floor
Glenside, PA 19038                                           Philadelphia, PA 19103
T: (215) 225-5529                                            T: (215) 772-1500

*Attorney for Plaintiff*

**GREENBERG TRAURIG, LLP**

/s/ Brian T. Feeney
Brian T. Feeney, Esq.
Brian.Feeney@gtlaw.com
1717 Arch Street, Suite 400
Philadelphia, PA 19103
T: (215) 988-7812

*Attorney for Defendant Quest Health Solutions, LLC*

*Attorney for Defendant Happy Quote LLC*

Dated: 2/11, 2025

**APPROVED AND SO ORDERED:**

GAIL A. WEILHEIMER
United States District Judge