## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>QUEST HEALTH SOLUTIONS, LLC, *et al.*,<br><br>    Defendants. | Case No. 24-cv-05478-GAW |

## ORDER

**AND NOW**, this ____ day of _____, 2025, upon consideration of Defendant Quest Health Solutions, LLC's, motion to dismiss plaintiff's amended complaint, and any response thereto, it is hereby **ORDERED** that the motion is **GRANTED.** Plaintiff's claims against Quest Health Solutions, LLC are hereby **DISMISSED**.

**BY THE COURT**:

_____
J.