## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>QUEST HEALTH SOLUTIONS, LLC<br><br>and<br><br>HAPPY QUOTE LLC<br><br>Defendants. | Case No. 24-5478<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, Jessica Murch, with the consent of Defendant Quest Health Solutions, LLC respectfully requests that she receive an extension of time to March 26, 2025 in order to oppose Defendant's Motion to Dismiss (ECF No. 19). This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations. Furthermore, Plaintiff agrees that Defendant Quest Health may file a reply brief in support of its Motion to Dismiss on or before April 9, 2025.

RESPECTFULLY SUBMITTED AND DATED this March 3, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
M.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this March 3, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.