## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated, | Case No. 24-5478 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| QUEST HEALTH SOLUTIONS, LLC | |
| and | |
| HAPPY QUOTE LLC | |
| Defendants. | |

## ORDER

AND NOW, this 3rd day of March, 2025, upon consideration of the Plaintiff's

Unopposed Motion for Extension of Time to oppose the Defendant's Motion, it is ORDERED

that the motion is GRANTED, IN PART. Plaintiff shall have until March 26, 2025, in order to

oppose Defendant's Motion to Dismiss (ECF No. 19). Defendant shall have until April 9,

2025, to file a Motion for Leave to File a Reply Brief.[1]

BY THE COURT:



GAIL A. WEILHEIMER        J.

---

[1]    The Court appreciates that the parties are working together to reach a compromise with
respect to filing deadlines. But the power to permit or prohibit a reply brief rests with the Court,
and not with the parties. The Motions for Leave to should be docketed, with a courtesy copy sent
to chambers via email to Chambers_Weilheimer@paed.uscourts.gov. Motions for Leave should
highlight the specific issues raised in the response brief to which a reply is requested. Counsel
should not prepare and attach their proposed reply to their Motion. A ruling will be made on the
Motion for Leave without a response from opposing counsel.