IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>QUEST HEALTH SOLUTIONS, LLC<br><br>and<br><br>HAPPY QUOTE LLC<br><br>Defendants. | Case No. 24-5478<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER] GRANTING
SECOND MOTION FOR EXTENSION OF TIME**

AND NOW, this _____ day of _____, 202___, upon consideration of the Plaintiff's Second Motion for Extension of Time to oppose the Defendant's Motion, it is ORDERED that the motion is GRANTED. Plaintiff shall have until April 9, 2025 in order to oppose Defendant's Motion to Dismiss (ECF No. 19). Defendant shall have until April 23, 2025, to file a motion to file a reply brief in support.

_____
Hon. Gail Weilheimer, J.