IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>QUEST HEALTH SOLUTIONS, LLC<br><br>and<br><br>HAPPY QUOTE LLC<br><br>Defendants. | Case No. 24-5478<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME

AND NOW, this 26th day of March, 2025, upon consideration of the Plaintiff's Second Motion for Extension of Time to oppose the Defendant's Motion (Dkt. #23), it is ORDERED that the motion is GRANTED. Plaintiff shall have until April 9, 2025 in order to oppose Defendant's Motion to Dismiss (Dkt. #19). Defendant shall have until April 14, 2025, to file a motion to for leave to file a reply brief. If seeking leave to reply, counsel should provide a courtesy copy to chambers via email to Chambers_Weilheimer@paed.uscourts.gov. The Motion for Leave should highlight the specific issues raised in the response brief to which a reply is requested. Counsel should not prepare and attach their proposed reply to their Motion. A ruling will be made on the Motion for Leave without a response from opposing counsel.

BY THE COURT:

_____
GAIL A. WEILHEIMER     J.