# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br><br>QUEST HEALTH SOLUTIONS, LLC<br><br>AND<br><br>HAPPY QUOTE LLC<br><br><br>Defendants. | Case No.<br>2:24-cv-05478-GAW |

## [PROPOSED ORDER]
## DENYING MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that

Defendant Quest Health Solutions, LLC's Motion to Dismiss (ECF No. 19) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Gail A. Weilheimer