



I'm not a comedian and there is NOTHING funny about DME Compliance!! Those of us who have actually been through a Medicare Audit know…

Liked by KEVIN WITHERS



"There are currently only 33 Schools of veterinary medicine in the United States. Notably, 22 states do not have a vet school and Kentucky is one of…

Liked by KEVIN WITHERS



A short blurb to celebrate the outstanding career of Lynne Lyons! Everyone comes into their careers through different paths and different…

Liked by KEVIN WITHERS

**Join now to see all activity**

## Experience



**Vice President of Sales**
Quest Health Solutions
Dec 2024 - Present · 5 months
Pennsylvania, United States



**Abbott Diabetes Care**
17 years 1 month

- **National Account Manager**
  Jan 2020 - Jan 2025 · 5 years 1 month

  Currently working as a National Account Manager (NAM) is a critical sales role within the U.S. Trade Sales Organization and broader U.S. Commercial Organization. The NAM will have responsibility for one or more of ADCs national wholesale (e.g., AmerisourceBergen, Cardinal Health, McKesson) or retail accounts (e.g., CVS, Rite Aid, Walgreens, Walmart). The NAM is responsible for partnering with key customers to achieve established sales, margin and market share goals. The position reports to…

Show more

- **District Sales Manager**
  Aug 2016 - Jan 2020 · 3 years 6 months
  Greater Philadelphia Area

- **Product Manager**
  Jan 2015 - Sep 2016 · 1 year 9 months

  Assists in the direction of marketing strategies and tactics for the ADC business. Assists in all core marketing activities and business processes. Aids in the development of long-term strategic plans for the business and assists in the direction of resource allocations and marketing guidance for the various ADC sales channels. Provides direction and marketing input to assigned sales channels relating to product support and/or product development activities. Serves as product expert with a high…

  Show more

- **Sales**
  Jan 2008 - Jan 2015 · 7 years 1 month

  Meet or exceed sales quotas/objectives for ADC Products. Collaborate with Managed Care and Retail and Point of Care representatives. Establishing strong relationships with a broad base of internal and external health care constituents (e.g., physicians, nurses, pharmacists, CDEs, etc.) acting in a friendly, respectful, adaptive manner and focusing on the needs and interests of others. Keeping current on internal and competitive products and positioning by utilizing a variety of resources…

  Show more



**Senior Sale Represtative**
GlaxoSmithKline
2001 - 2004 · 3 years

# Education



**Vanguard University of Southern California**
Bachelor of Science · Exercise Physiology

1995 - 1997

## Languages

**English**
-

## More activity by KEVIN

**On #InternationalMensDay, we recognize the men in our organization for the unique strengths and perspectives they offer that help us make a real…**
Liked by KEVIN WITHERS

**Liked by KEVIN WITHERS**

Congrats to the Talent & HR Services team from Concentra. We had the honor and privilege to serve at a local food pantry. We kicked butt. What an…

Liked by KEVIN WITHERS

View KEVIN's full profile

See who you know in common

Get introduced

Contact KEVIN directly

Join to view full profile



West Shore Home Baths

The Average Walk-In Shower Cost in 2025

## Other similar profiles


Steve Leeds
Real Estate Sales Professional, Realtor/Investor Florida
Winter Garden, FL

 Connect

Pat Maloney
Chesterfield, MO

Connect



**Bobby Moonnumakal**

Sr. Regional Sales Director- Southeast Region Medtronic Pain Interventions

Greater Houston

Connect



**Lauren Bumbaugh**

Cranford, NJ

Connect



**Nick Verrecchio**

Director Strategic Accounts at Abbott

Greater Philadelphia

Connect



**Scott E. Phillips, MBA**

Orlando, FL

Connect



**Michael Jenniex**

Senior District Sales Manager at Insulet Corporation

Greater Orlando

Connect



**Anthony Hill**

San Francisco Bay Area

Connect



**Aaron Parker**

Sr. District Manager at Medtronic

Cranberry Township, PA

Connect



**Allison LoPresti. MBA, William and Mary**

Mid-Atlantic District Sales Manager @ Medtronic | Leadership Achievements in Medical Devices

Greater Richmond Region

 Connect

  Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Others named **KEVIN WITHERS** in **United States**


**Kevin Withers**
Manager @ Gartner | Executive MBA | Sales Management
Washington DC-Baltimore Area


**Kevin Withers**
Content Manager at Viden Marketing
Minneapolis, MN


**Kevin Withers**
Fitzpatrick Sales, Inc.
Salt Lake City Metropolitan Area


**Kevin Withers**
Chef
Meadville, PA

34 others named KEVIN WITHERS in United States are on LinkedIn

See others named **KEVIN WITHERS**

## Add new skills with these courses

 27m   Sales Strategy: Storytelling to Speed Up Your Sales Cycle

15m  Overcoming a Transactional Mindset for Sales

48m  Sales Strategy: How to Effectively Sell Your Product or Service

See all courses

© 2025                                          About

Accessibility                                    User Agreement

Privacy Policy                                   Your California Privacy Choices

Cookie Policy                                    Copyright Policy

Brand Policy                                     Guest Controls

Community Guidelines                             Language