

# Madison Dew

Sales Representative

Whitehall, Pennsylvania, United States · **Contact Info**

924 followers · 500+ connections

See your mutual connections

Join to view profile    Message

**Quest Health Solutions**

**Bloomsburg University of Pennsylvania**

## About

I grew up in the Lehigh Valley and currently live in Lehighton. I just graduated in May of 2022 with a Bachelor's degree in Business Administration with a focus in Marketing and Sales.

## Activity                                                                 + Follow



Rev up your excitement! 🚗💨 Adams Outdoor Advertising is proud to sponsor the 2025 Lehigh Valley Auto Show, happening at Lehigh University's…

Liked by Madison Dew



Our CEO Adam Nadler took the stage at #Medtrade to share critical insights into the evolving Continuous Glucose Monitoring (CGM) market and what it…

Liked by Madison Dew



We had a great time in Texas last week, connecting with industry leaders and talking all things paving and construction at SPECS 2025. Great…

Liked by Madison Dew

**Join now to see all activity**

## Experience


**Sales Representative**
Quest Health Solutions
Feb 2025 - Present · 3 months
Pennsylvania, United States


**Technical Sales Representative**
Dyco Inc.
Mar 2024 - Feb 2025 · 1 year
Bloomsburg, Pennsylvania, United States


**Account Executive**
Aramark Uniform Services
Jan 2023 - Mar 2024 · 1 year 3 months
Reading, Pennsylvania, United States


### Sales Development Representative
Phenom

Jul 2022 - Oct 2022 · 4 months

Ambler, Pennsylvania, United States

### Sales Floor Associate
AMERICAN EAGLE OUTFITTERS INC.

Jul 2015 - Jul 2022 · 7 years 1 month

Pennsylvania, United States

### Servers Assistant/ Hostess
Blue Grillehouse

Jun 2021 - Aug 2021 · 3 months

Bethlehem

Assisted customers making sure they have a comfortable, fine dining experience.

## Education

### Bloomsburg University of Pennsylvania
Marketing · Professional Sales

2018 - 2022

Activities and Societies: Sigma Sigma Sigma National Sorority

## Licenses & Certifications

**The Fundamentals of Digital Marketing**
Google
Issued Jul 2021

See credential

## Volunteer Experience

### Student Volunteer
Bloomsburg Tree Fest

Dec 2019 - Present · 5 years 5 months

Environment

Helped decorate Christmas trees and made ornaments for families who could not afford it during the holidays.

### Student Volunteer
The Big Event

Apr 2019 - Present · 6 years 1 month

Helped the elderly community of Bloomsburg by doing outside work such as gardening, raking yards, etc.

### Student Fundraiser
Walk for Breast Cancer

Oct 2019 - Present · 5 years 7 months

Attended a walk that raised money for breast cancer.

### Student Volunteer
Take My Hand

Dec 2019 - Present · 5 years 5 months

Handed out needed items like blankets, canned goods, warm clothing, to people in need In New York City.

## Organizations

### Sigma Sigma Sigma National Sorority
Assistant New Member Educator

Mar 2020 - Present

I ensured that the new members of our Spring 2020 class learned the history and experience of our chapter. Later on hopefully pushing them to contribute to our chapter and to grow as a person.

### Sigma Sigma Sigma National Sorority
Social Chair

Aug 2019 - Present

I planned fun events for the chapter to make our bond stronger.

### Sigma Sigma Sigma National Sorority
Ritual Chair

Apr 2019 - Present

I insured that our chapter upholds the traditions and rituals that have been in place since the start of Tri Sigma.

## More activity by Madison

Exciting times at Delaware Valley Paving! We just moved into our brand new, beautiful office, and I couldn't be more excited! ✨ Grateful to be part…

Liked by Madison Dew

In honor of the Philadelphia Eagles starting the playoffs today. I wanted to post these photos I took of the Philadelphia skyline lit up green for…

Liked by Madison Dew

One of my favorite clients in the South Brunswick, NJ area is looking for a Temp Order Entry Representative ASAP! A few things to note: ⭐ 100%…

Liked by Madison Dew

Always a great time getting to network with other young professionals in our industry!

Liked by Madison Dew

**Stand-out food packaging relies on both design and efficacy. At Altium Packaging, our food packaging options bring eye-catching presence and…**

Liked by Madison Dew

**I did not make a New Year's Resolution. Instead, I am choosing a mantra that aligns with my values and will guide me throughout the year: ☮️…**

Liked by Madison Dew

**Always a great time at PMMI's Young Professionals Networking events!**

Liked by Madison Dew

**Congratulations to Paul Thipphavong on 15 years with Altium! We are so proud to celebrate Paul's dedication and hard work. Happy anniversary…**

Liked by Madison Dew

I was honored to return to Lehigh University, my alma mater, representing Talen Energy's Susquehanna Nuclear Power Plant at this year's Career Expo…

Liked by Madison Dew

## View Madison's full profile

See who you know in common

Get introduced

Contact Madison directly

Join to view full profile



corporategear.com

Men's Original 4-Button Polos - Johnnie-O Company Apparel



## Other similar profiles


**Ella Sherman**
Parks, Recreation and Tourism Management with a minor in Non Profit Leadership at Clemson University
Charleston, SC

Connect


**Sofia Busch**
Technical Support Specialist | CompTIA A+| Results-Driven Team Leader
New York, NY

Connect


**Riyon Lee, MBA**
Business Analyst | Merchandise Operations | Project Management
Charlotte, NC

Connect


**Rachel Tindall**
Retail Sales on Scenic Hwy 30a
United States

Connect


**Molly O'Meara**
New York, NY

Connect


**Allyson Olson**
Fashion Ops
Santa Monica, CA

Connect


**Ibhade Ihenyen**
Fine Jewelry Sales Associate @ Macy's | Customer Service Management| Administrative Assistant
Riverside, CA

Connect


**Kayley Alicea**
Project Coordinator at JLL | Licensed Realtor at NB Elite Realty
Dallas-Fort Worth Metroplex



+ Connect



**Julieta Torres Cacho**

Los Angeles, CA

+ Connect



**Brittany Bartek**

New York City Metropolitan Area

+ Connect

**Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Others named **Madison Dew**

**Madison Dew**

--

Lehighton, PA

**Madison Dew**

--

Semaphore South, SA

**Madison Dew**

--

Greater Wilmington Area

**Madison Staley**

Student at Payson High School.

Payson, UT

4 others named Madison Dew are on LinkedIn

See others named **Madison Dew**

Add new skills with these courses

- 53m  Using Generative AI across the Marketing Lifecycle
- 1h 54m  Nonprofit Fundraising: A Beginner's Guide
- 47m  Psychology Fundamentals for Marketing and Sales Success

See all courses

© 2025                                              About
Accessibility                                       User Agreement
Privacy Policy                                      Your California Privacy Choices
Cookie Policy                                       Copyright Policy
Brand Policy                                        Guest Controls
Community Guidelines                                Language