IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST HEALTH SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | Case No. 24-cv-05478-GAW |

**DEFENDANT QUEST HEALTH SOLUTIONS, LLC'S MOTION FOR
LEAVE TO FILE A REPLY BRIEF**

For the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, Defendant Quest Health Solutions, LLC ("Quest") moves pursuant to this Court's Order, ECF No. 24, for leave to file a reply brief in support of its Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 19.

WHEREFORE, Quest respectfully requests that the Court grant this Motion and allow Quest to file a reply brief in support of its Motion to Dismiss Plaintiff's Amended Complaint.

Dated: April 14, 2025

**GREENBERG TRAURIG, LLP**

Respectfully submitted,

*/s/ Brian T. Feeney*
Brian T. Feeney
1717 Arch Street, Suite 400
Philadelphia, PA 19103
215.988.7812
brian.feeney@gtlaw.com

*Attorney for Defendant Quest Health Solutions, LLC*

**CERTIFICATE OF SERVICE**

    I, Brian T. Feeney, hereby certify that on this 14th day of April, 2025, I caused a true and correct copy of the foregoing Motion For Leave to File a Reply Brief to be served on all counsel of record via the Court's electronic filing system.

                                                          */s/ Brian T. Feeney*
                                                          Brian T. Feeney, Esq.