IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST HEALTH SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | Case No. 24-cv-05478-GAW |

## ORDER

AND NOW, this 17th day of April, 2025, upon consideration of Defendant Quest Health Solutions, LLC's Motion for Leave to File a Reply Brief, it is hereby ORDERED that the motion is GRANTED. Quest Health Solutions, LLC may file a reply brief in support of its Motion to Dismiss Plaintiff's Amended Complaint within **7 days** of this Order.

BY THE COURT:

_____
GAIL A. WEILHEIMER      J.