IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>QUEST HEALTH SOLUTIONS, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 24-cv-05478-GAW |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Quest Health Solutions, LLC ("Quest"), with the consent of Plaintiff Jessica Murch, respectfully requests an extension of time to May 1, 2025 in order to file a reply brief in further support of Quest's Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss"). ECF No. 19.

Quest filed its Motion to Dismiss on February 26, 2025. On March 3, 2025, Plaintiff, with Quest's consent, sought an extension of time until March 26, 2025 to oppose Quest's Motion to Dismiss. ECF No. 21. The Court granted this request. ECF No. 22. On March 25, 2025, Plaintiff requested, with Quest's consent, a second extension of time to April 9, 2025 to oppose Quest's Motion to Dismiss. ECF No. 23. The Court also granted this request. ECF No. 24.

On April 9, 2025, Plaintiff filed her Opposition to Quest's Motion to Dismiss. ECF No. 25. On April 14, 2025, Quest filed a Motion for Leave to File a Reply Brief in support of its Motion to dismiss. ECF No. 27. The Court, on April 17, 2025, granted Quest leave and set a deadline for 7 days following the Order. ECF No. 28.

Due to numerous conflicting deadlines, including a hearing on April 23 and an oral argument on April 25, Quest respectfully requests an additional week to complete the Reply brief. Plaintiff consents to this request.

WHEREFORE, Quest respectfully requests, with Plaintiff's consent, that the Court grant this Unopposed Motion For Extension of Time and allow Quest until May 1, 2025 to file a reply brief in support of its Motion to Dismiss Plaintiff's Amended Complaint.

**GREENBERG TRAURIG, LLP**

Respectfully submitted,

Dated:  April 22, 2025

*/s/ Brian T. Feeney*
Brian T. Feeney
1717 Arch Street, Suite 400
Philadelphia, PA 19103
215.988.7812
brian.feeney@gtlaw.com

*Attorney for Defendant Quest Health Solutions, LLC*

**CERTIFICATE OF SERVICE**

I, Brian T. Feeney, hereby certify that on this 22nd day of April, 2025, I caused a true and correct copy of the foregoing Unopposed Motion For Extension of Time to be served on all counsel of record via the Court's electronic filing system.

*/s/ Brian T. Feeney*
Brian T. Feeney, Esq.