IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST HEALTH SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | Case No. 24-cv-05478-GAW |

## ORDER

AND NOW, this 23rd day of April, 2025, upon consideration of Defendant Quest Health Solutions, LLC's Motion for Extension of Time, it is hereby **ORDERED** that the motion is **GRANTED**. Quest Health Solutions, LLC may file a reply brief in support of its Motion to Dismiss Plaintiff's Amended Complaint up to and including May 1, 2025.

BY THE COURT:

_____ J.