IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA MURCH                          :          Civil Action
                                       :
                                       :
                    v.                 :
                                       :
QUEST HEALTH SOLUTIONS,                :   No. 2:24-cv-05478-GAW
                                       :
        LLC, et. al.

ORDER

AND NOW this                 day of                          , 2025 it is hereby

ORDERED that the application of __Anthony Paronich_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐        GRANTED.[1]

☐        DENIED.

_____
                                                                    , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No# : **2:24-cv-05478-GAW**

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
### PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Anthony Paronich** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **CC**, for the $40.00 admission fee.

A.    *I state that I am currently admitted to practice in the following state jurisdictions:*

| MA | 11/23/2010 | 678437 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Northern District of Illinois | 7/11/2018 | N/A |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eastern District of Michigan | 5/2/2014 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Western District of Wisconsin | 10/9/2014 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*

_____
(Applicant's Signature)

*April 1, 2025*
(Date)

Name of Applicant's Firm    **Paronich Law, P.C.**

Address    **350 Lincoln Street, Suite 2400, Hingham, Massachusetts 02043**

Telephone Number    **508.221.1510**

Email Address    **anthony@paronichlaw.com**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **5/8/25**

_____    _____
(Date)                                                              (Applicant's Signature)

04/20

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Anthony Paronich</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Andrew Perrong _____    10/10/2023    333687

_____        _____    (Admission date)    (Attorney
(Sponsor's Name)            (Sponsor's Signature)                Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

<u>2657 Mount Carmel Avenue Glenside, Pennsylvania 19038 Telephone: (215) 225-5529</u>

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>May 9, 2025</u>        _____
            (Date)                        (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA MURCH                          :        Civil Action
                                       :
QUEST HEALTH SOLUTIONS, LLC   :
                                       :
                                       :        No.:2:24-cv-05478-GAW


CERTIFICATE OF SERVICE


I declare under penalty of perjury that a copy of the application of __Anthony Paronich__,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:


To counsel of record for the Defendant.


_____
(Signature of Attorney)
Anthony Paronich
_____
(Name of Attorney)
Jessica Murch
_____
(Name of Moving Party)
May 8, 2025
_____
(Date)