IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated, | : <br> : CIVIL ACTION NO. 2-24-cv-5478 |
| Plaintiff, | : |
| v. | : |
| QUEST HEALTH SOLUTIONS, LLC and HAPPY QUOTE, LLC | : |
| Defendant. | : |

### ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter my appearance as counsel on behalf of Defendant Happy Quote, LLC in the above captioned matter.

          Respectfully submitted,

          */s/ Patrick T. Ryan*
          Patrick T. Ryan (Pa. No. 37728)
          Montgomery McCracken
            Walker & Rhoads, LLP
          1735 Market Street, 19th Floor
          Philadelphia, PA  19103
          pryan@mmwr.com
          (215) 772-7563
          **Attorney for Defendant**
          **Happy Quote, LLC.**

**CERTIFICATE OF SERVICE**

I, Patrick T. Ryan, hereby certify that on this 13th day of May, 2025, a true and correct copy of the foregoing **Entry of Appearance,** upon filing and acceptance by the Court, will be served by or through the Court's electronic filing system upon:

>Andrew Roman Perrong, Esquire
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, PA 19038
>a@perroneglaw.com
>Attorney for Plaintiff

>*/s/ Patrick T. Ryan*