IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA MURCH | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| QUEST HEALTH SOLUTIONS, LLC, et. al. | : | No. 2:24-cv-05478-GAW |

ORDER

AND NOW this __22nd__ day of __May__, 2025 it is hereby

ORDERED that the application of __Anthony Paronich__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.