

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax: 888-667-0028

**VERIZON CONFIDENTIAL**

May 16, 2025

PERRONG LAW LLC
2657 MOUNT CARMEL AVE
GLENSIDE PA 19038

Verizon Case #: 25328993
Docket / File #: 2:24-cv-05478-GAW
Requested Target: 100.14.129.8

Dear Andrew Roman Perrong:

Verizon Subpoena Compliance is in receipt of the attached request. Please note the following:

(X) Like other ISPs, it is Verizon's practice to require a court order signed by a judge or magistrate, as described in 47 USC 551(c)(2)(B), before disclosing the type of information you seek.

Respectfully,

STEPHEN Z.
VERIZON SECURITY SUBPOENA COMPLIANCE

Enclosed