IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA MURCH,**<br>Plaintiff, | :<br>:<br>: |
| v.<br>**QUEST HEALTH SOLUTIONS, LLC**<br><br>**HAPPY QUOTE, LLC,**<br>Defendants | : **CIVIL ACTION NO.** 2:24-CV-05478-GAW<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

Please enter the appearance of Mark Sophocles, Esquire, on behalf of the Defendant, Happy Quote, LLC in the above-captioned matter.


Respectfully submitted,

_/s/ Mark T. Sophocles_　　　　　　　　　　　　　　　　**DATED: JUNE 12, 2025**
**MARK T. SOPHOCLES, ESQ.**
**MARK THOMAS SOPHOCLES, LLC**
PA Supreme Court ID #74998

21 Industrial Blvd., Suite 201
Paoli, PA 19301

610.651.0105
FAX: 610.651.0106
CELL: 215.880.8825
Mark@sophocleslaw.com