# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH,<br>Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>QUEST HEALTH SOLUTIONS, LLC,<br>and HAPPY QUOTE LLC,<br><br>        Defendants. | CIVIL ACTION<br><br>NO. 2:24-cv-05478-GAW |

## NOTICE OF WITHDRAWAL OF MOTION OF JOHN PAPIANOU, ROBERT DAY AND PATRICK RYAN FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT HAPPY QUOTE, LLC

**PLEASE TAKE NOTICE,** that the Motion of John Papianou, Robert Day and Patrick Ryan for Leave to Withdraw as Counsel for Defendant Happy Quote, LLC Pursuant to Local Rule 5.2(b) is hereby withdrawn. On June 12, 2025, Mark T. Sophocles (Pa. Atty I.D. No. 74998) entered his appearance for Defendant Happy Quote, LLC and will continue to represent Happy Quote, LLC. As Happy Quote has retained new counsel, Messrs. Papianou, Day, and Ryan will simply file notices of withdrawal.

Dated:  June 13, 2025

        **MONTGOMERY MCCRACKEN**
        **WALKER & RHOADS LLP**

        /s/ *John G. Papianou*
        John G. Papianou, Pa. Atty Id. No. 88149
        Patrick T. Ryan, Pa. Atty Id.. No. 37728
        Robert E. Day, Pa. Attorney Id. No. 321298
        jpapianou@mmwr.com
        pryan@mmwr.com
        rday@mmwr.com
        1735 Market Street, 20th Floor
        Philadelphia, PA 19103
        T: (215) 772-1500

## **CERTIFICATE OF SERVICE**

I, John G. Papianou hereby certify that on this 13th day of June, 2025, a true and correct copy of the foregoing **Notice of Withdrawal of Motion for Leave to Withdrawal as Counsel,** upon filing and acceptance by the Court, will be served by or through the Court's electronic filing system upon counsel of record.

*/s/ John G. Papianou*