# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH,<br>Individually and on behalf of all others<br>similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>QUEST HEALTH SOLUTIONS, LLC,<br>and HAPPY QUOTE LLC,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 2:24-cv-05478-GAW |

## WITHDRAWAL OF APPEARANCE

Kindly withdrawal my appearance as counsel of record for Defendant, Happy Quote, LLC in this action. On June 12, 2025, Mark T. Sophocles (Pa. Atty I.D. No. 74998) entered his appearance for Defendant Happy Quote, LLC and will continue to represent Happy Quote, LLC.

Dated: June 13, 2025

**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**

/s/ *Patrick T. Ryan*
Patrick T. Ryan
 Pa. Atty I.D. No. 37728
pryan@mmwr.com
1735 Market Street, 20th Floor
Philadelphia, PA 19103
T: (215) 772-1500

**CERTIFICATE OF SERVICE**

    I, Patrick T. Ryan, hereby certify that on this 13th day of June, 2025, a true and correct copy of the foregoing **Withdrawal of Appearance,** upon filing and acceptance by the Court, will be served by or through the Court's electronic filing system upon counsel of record.

                                                    */s/ Patrick T. Ryan*