## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH,<br>Individually and on behalf of all others<br>similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>QUEST HEALTH SOLUTIONS, LLC,<br>and HAPPY QUOTE LLC,<br><br>          Defendants. | CIVIL ACTION<br><br>NO.  2:24-cv-05478-GAW |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdrawal my appearance as counsel of record for Defendant, Happy Quote, LLC in this action.  On June 12, 2025, Mark T. Sophocles (Pa. Atty I.D. No. 74998) entered his appearance for Defendant Happy Quote, LLC and will continue to represent Happy Quote, LLC.

Dated:  June 13, 2025                     **MONTGOMERY MCCRACKEN**
                                              **WALKER & RHOADS LLP**

                                              /s/ *Robert E. Day*
                                              Robert E. Day
                                                 Pa. Atty I.D. No. 321298
                                              rday@mmwr.com
                                              1735 Market Street, 20th Floor
                                              Philadelphia, PA 19103
                                              T:  (215) 772-1500

## **CERTIFICATE OF SERVICE**

     I, Robert E. Day, hereby certify that on this 13th day of June, 2025, a true and correct copy of the foregoing **Withdrawal of Appearance,** upon filing and acceptance by the Court, will be served by or through the Court's electronic filing system upon counsel of record.

                                                                                       */s/ Robert E. Day*