# EXHIBIT "A"

## Happy Quote LLC Insertion Order

| Happy Quote LLC Information | | | |
|---|---|---|---|
| Contact Names | Hamza Riaz | Address | 117 S Lexington St |
| Email | Hamza.riaz@happyquote.io | City/State | Harrisonville, MO 64701, USA |
| Email CC | | FEIN | |

| Publisher Information | | | |
|---|---|---|---|
| Company Name | Errands Solution | Address | Defense view Arcade, Spring North, Hub Commerical, Bahri Town |
| Contact Name | Hassan Sheraz | City/State | Rawalpindi |
| Email Address | Hassan@errandsservices.com | Phone | 0333-66666668 |

| Publisher Banking Information | |
|---|---|
| Account Number | PK34ALFAH0966001006726823 |
| Routing Number (ACH) | Bank Alfalah |
| Routing Number (wire) | N/A |

| Type | CPL | Payment Terms | Weekly |
|---|---|---|---|
| Price | $12 | Payment Method | Bank transfer |
| Duration | 90 | Date | 12-07-2024 |

Notes

This Lead Insertion Order ("IO") incorporates by reference the Lead Generation Agreement between Happy Quote LLC and Publisher. The defined terms used in this IO shall have the same meanings assigned to such terms in the Lead Generation Agreement.

Happy Quote LLC
By: _[signature]_
Name: Hamza Riaz
Title: Owner

Publisher
By: _[signature]_
Name: HASSAN SHERAZ
Title: DIRECTOR BD

Errands Services