IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA MURCH :
Plaintiff, :
:
:
v. : CIVIL ACTION NO.: 2:24-CV-05478-GAW
:
QUEST HEALTH SOLUTIONS, LLC, AND :
HAPPY QUOTE, LLC :
Defendants. :

## CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, do hereby certify that a true and correct copy of the Report of Rule 26F has been filed on the CM/ECF electronic filing and is available for download to the following parties:

**Brian T. Feeney**
Greenberg Traurig, LLP
1717 Arch St.
Suite 400
Philadelphia, PA 19103
Lead Attorney

**Andrew Roman Perrong**
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038

**Anthony Paronich**
Paronich Law, P.C.
350 Lincoln St Suite 2400
Hingham, Ma 02043

**Patrick T. Ryan, Esquire**
**John G. Papianou, Esquire**
**Robert E. Day, III**
Montgomery Mccracken Walker & Rhoads, LLP
123 S. Broad St
Philadelphia, Pa 19109

MARK T. SOPHOCLES, ESQUIRE
Attorney for Happy Quite, LLC