IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST HEALTH SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | Case No. 24-cv-05478-GAW |

## SCHEDULING ORDER

**NOW**, this 2nd day of July, 2025, following a conference with counsel, it is hereby

**ORDERED** that the case management deadlines are as follows:

1. Discovery to address personal jurisdiction and venue shall be completed no later than **September 19, 2025;**

2. A virtual status conference shall be held on **September 26, 2025** at **9:15 am** via Zoom at Join ZoomGov Meeting https://www.zoomgov.com/j/1614888855?pwd=Jwi4XcAsQDn8y30d9RxWLBDRp8Sm1a.1, Meeting ID: 161 488 8855, Passcode: 887973.

    a. If it is determined that dispositive motions are needed to address the issues of personal jurisdiction and venue, motions deadlines shall be issued.

    b. If dispositive motions are unnecessary, additional discovery and class certification deadlines will be issued.

BY THE COURT:

*/s/ Gail A. Weilheimer*

GAIL A. WEILHEIMER   J.