IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:24-cv-05478-GAW

**MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, MOVANT'S STATEMENT

I, Samantha Greenfield the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Quest Health Solutions, LLC My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| New York | 07/13/20 | 5791744 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| EDNY | 06/24/22 | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for  Defendant Quest Health Solutions, LLC

Name of Attorney:  Samantha Greenfield

Firm Address:  Greenberg Traurig, LLP - 1717 Arch Street, Suite 400, Philadelphia, PA 19103

Telephone Number:  215.988.7803

Email Address:  samantha.greenfield@gtlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 13, 2025
(Date)                                                                (Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Samantha Greenfield__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Brian T. Feeney | *[signature]* | 01/09/1997 | 78574 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Greenberg Traurig, LLP

1717 Arch Street, Suite 400, Philadelphia, PA 19103

215.988.7812 - brian.feeney@gtlaw.com

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __August 13, 2025__   __*[signature]*__
          (Date)                         (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jessica Murch | : | Case Number: 2:24-cv-05478-GAW |
| | : | |
| | : | |
| v. | : | |
| | : | |
| Quest Health Solutions, LLC, et al. | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of  Samantha Greenfield ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

Anthony Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Attorneys for Plaintiff Jessica Murch


Mark T. Sophocles, Esq.
Mark Thomas Sophocles, LLC
21 Industrial Boulevard, Suite 201
Paoli, PA 19301

Attorneys for Defendant Happy Quote, LLC

_____
(Signature of Attorney)

  Brian T. Feeney
(Name of Attorney)

Quest Helath Solutions, LLC
(Name of Moving Party)

August 13, 2025
(Date)