IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jessica Murch | : | Case Number: 2:24-cv-05478-GAW |
| | : | |
| | : | |
| v. | : | |
| | : | |
| Quest Health Solutions, LLC, et al. | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[ ]   GRANTED.  The Clerk is DIRECTED to add __Samantha Greenfield__, Esquire as counsel for __Quest Health Solutions, LLC.__  __Samantha Greenfield__ is DIRECTED to request ECF filing access using their PACER Account[1].

[ ]   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).