IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jessica Murch | : | Case Number: 2:24-cv-05478-GAW |
| | : | |
| | : | |
| v. | : | |
| | : | |
| Quest Health Solutions, LLC, et al. | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add __Lori Chang__, Esquire as counsel for __Quest Health Solutions, LLC.__ . __Lori Chang__ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:24-cv-05478-GAW

**MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, MOVANT'S STATEMENT

I, Lori Chang the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Quest Health Solutions, LLC My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| California | 12/02/2003 | 228142 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| See attached. |  |  |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for  Defendant Quest Health Solutions, LLC

Name of Attorney:  Lori Chang

Firm Address:  Greenberg Traurig, LLP - 1840 Century Park East, Suite 1900, Los Angeles, CA 90067

Telephone Number:  (310) 586-3863

Email Address:  changl@gtlaw.com

I declare under penalty of perjury that the foregoing is true and correct

Executed on  08/13/2025
(Date)

_____
(Movant's signature)

LORI CHANG COURT ADMISSIONS
State Bar No. 228142

Central District of CA - Admitted: 12/08/03
Southern District of CA – Admitted:  10/11/05
Northern District of CA – Admitted: 10/25/05
Eastern District of CA -Admitted:  10/12/05
Supreme Court - Admitted: 01/22/19
U.S. Court of Appeals for the 9th Circuit  – Admitted: 06/17/05
U.S. Court of Appeals for the 3rd Circuit – Admitted: 04/14/14
U.S. Court of Appeals for the 11th Circuit – Admitted: 11/14/18
U.S. Court of Appeals for the 5th Circuit – Admitted: 03/02/2018
U.S. Court of Appeals for the 2nd Circuit – Admitted: 10/31/19
U.S. District Court, District of Colorado – Admitted: 05/15/2020
U.S. District Court, Eastern District of Missouri – Admitted:  05/05/2020
U.S. District Court, Eastern District of Michigan - Admitted:  01/31/2023

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Lori Chang__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Brian T. Feeney | *(signature)* | 01/09/1997 | 78574 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Greenberg Traurig, LLP

1717 Arch Street, Suite 400, Philadelphia, PA 19103

215.988.7812 - brian.feeney@gtlaw.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* __August 13, 2025__      *(signature)*
   (Date)                (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jessica Murch | : | Case Number: 2:24-cv-05478-GAW |
| | : | |
| v. | : | |
| | : | |
| Quest Health Solutions, LLC, et al. | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of  Lori Chang  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

Anthony Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Attorneys for Plaintiff Jessica Murch

Mark T. Sophocles, Esq.
Mark Thomas Sophocles, LLC
21 Industrial Boulevard, Suite 201
Paoli, PA 19301

Attorneys for Defendant Happy Quote, LLC

_____
(Signature of Attorney)

Brian T. Feeney
(Name of Attorney)

Quest Helath Solutions, LLC
(Name of Moving Party)

August 14, 2025
(Date)