# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

JESSICA MURCH, individually and on
behalf of all others similarly situated,

               Plaintiff,

    v.

                         Case No.
                         2:24-cv-05478-GAW
QUEST HEALTH SOLUTIONS, LLC

AND

HAPPY QUOTE LLC

               Defendants.

## [PROPOSED ORDER GRANTING] MOTION TO TRANSFER

      AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the

Plaintiff's Motion to Transfer is GRANTED. The Clerk is directed to transfer this case to the

United States District Court for the Southern District of Florida.

*BY THE COURT:*

_____
                                J.