IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Jessica Murch                           :        Case Number: 2:24-cv-05478-GAW
                                        :
                                        :
v.                                      :
                                        :
Quest Health Solutions, LLC, et al.     :

ORDER

AND NOW, this 25th day of August 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED. The Clerk is DIRECTED to add __Lori Chang__, Esquire as counsel for __Quest Health Solutions, LLC.__ __Lori Chang__ is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).