IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Jessica Murch

v.

Quest Health Solutions, LLC, et al.

Case Number: 2:24-cv-05478-GAW

ORDER

AND NOW, this 25 day of August 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add  Samantha Greenfield , Esquire as counsel for Quest Health Solutions, LLC. Samantha Greenfield is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).