IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST HEALTH SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | Case No. 24-cv-05478-GAW |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Quest Health Solutions, LLC ("Quest"), with the consent of Plaintiff Jessica Murch, respectfully requests a one-week extension of time to September 11, 2025, in order to file a response to Plaintiff's motion to transfer ("Motion to Transfer"). ECF No. 56.

Plaintiff filed her Motion to Transfer on August 21, 2025. *Id*. Good cause for this request exists, as lead counsel for Quest just returned to the office on September 2, 2025 after a vacation following his wedding on August 15, 2025. Counsel has made every effort to prepare to file a response on September 4, 2025, but requires a brief extension due to the time out of office. Plaintiff has consented to an extension of time for Quest to respond to the Motion to Transfer until September 11, 2025. Quest respectfully requests this additional week to complete the response to the Motion to Transfer.

WHEREFORE, Quest respectfully requests, with Plaintiff's consent, that the Court grant this Unopposed Motion For Extension of Time and allow Quest until September 11, 2025 to file a response to Plaintiff's Motion to Transfer.

|  |  |
|---|---|
|  | **GREENBERG TRAURIG, LLP** |
|  | Respectfully submitted, |
| Dated:  September 4, 2025 | /s/ *Brian T. Feeney* |
|  | Brian T. Feeney |
|  | Samantha Greenfield, Esq. (*pro hac vice*) |
|  | 1717 Arch Street, Suite 400 |
|  | Philadelphia, PA 19103 |
|  | 215.988.7812 |
|  | brian.feeney@gtlaw.com |
|  | *Attorney for Defendant Quest Health Solutions, LLC* |
|  | *Lori Chang, Esq. (pro hac vice)* |
|  | **GREENBERG TRAURIG, LLP** |
|  | *1840 Century Park East, Suite 1900* |
|  | *Los Angeles, CA 90067* |
|  | *P:  310.586.7700* |
|  | *changl@gtlaw.com* |
|  | *Attorney for Defendant Quest Health Solutions, LLC* |

**CERTIFICATE OF SERVICE**

    I, Brian T. Feeney, hereby certify that on this 4th day of September, 2025, I caused a true and correct copy of the foregoing Unopposed Motion For Extension of Time to be served on all counsel of record via the Court's electronic filing system.

                                                         */s/ Brian T. Feeney*
                                                         Brian T. Feeney, Esq.