## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>       v.<br><br>QUEST HEALTH SOLUTIONS, LLC, *et al.*,<br><br>     Defendants. | Case No. 24-cv-05478-GAW |

## ORDER

**AND NOW**, this 8 day of September , 2025, upon consideration of Defendant Quest Health Solutions, LLC's Unopposed Motion for Extension of Time, it is hereby **ORDERED** that the motion is **GRANTED.** Quest Health Solutions, LLC may file a response to Plaintiff's Motion to Transfer on or before September 11, 2025.

**BY THE COURT:**

_____ J.