IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST HEALTH SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | Case No. 24-cv-05478-GAW |

## ORDER

**THIS MATTER** having come before the Court on Plaintiff's motion at ECF No. 56 to transfer this action to the United States District Court for the Southern District of Florida, where defendant Quest Health Solutions, LLC concedes it would be subject to personal jurisdiction and where venue would be proper, and in consideration of the procedural posture of this action whereby this Court denied in an order entered at ECF No. 39 Quest's motion to dismiss for lack of personal jurisdiction filed at ECF No. 19, and later ordered discovery and potential briefing pertaining to personal jurisdiction and venue, ECF No. 52; and finding that transfer to the Southern District of Florida would moot Quest's objections to personal jurisdiction and venue in this Court, and noting Quest's consent to the transfer; and for good cause appearing,

**IT IS** on this ____ day of _____, 2025, **ORDERED** that:

1. The Motion to Transfer is **GRANTED.**

2. The Clerk of the Court shall transfer this matter to the United States District Court for the Southern District of Florida and mark this matter closed.

**BY THE COURT**:

_____
J.