# EXHIBIT B

4391122
08/05/2025



# WIRELESS
## SUBSCRIBER INFORMATION

▬▬▬▬▬▬

### Financial Liable Party

| | |
|---|---|
| **Name:** | CONSUMER CELLULAR |
| **Credit Address:** | 12447 SW 69TH AVE, PORTLAND, OR 97223 |

| | | | |
|---|---|---|---|
| **Customer Since:** | 04/15/2024 | | |
| **Photo ID Type:** | | **Photo ID State:** | |
| **Photo ID Number:** | | | |
| **DOB:** | | **SSN/TaxID/FEIN:** | |

| | | | |
|---|---|---|---|
| **Contact Name:** | | | |
| **Contact Home Phone:** | | **Contact Work Phone:** | |
| **Contact Home Email:** | | **Contact Work Email:** | |

### Billing Party

| | | | |
|---|---|---|---|
| **Account Number:** | ▬▬▬▬▬▬ | | |
| **Name:** | CONSUMER CELLULAR | | |
| **Billing Address:** | 12447 SW 69TH AVE, PORTLAND, OR 97223 | | |
| **Account Status:** | Active | **Billing Cycle:** | |

### User Information

| | | | |
|---|---|---|---|
| **MSISDN:** | (215) ▬▬▬▬▬▬ | **IMSI:** | |
| **MSISDN Active:** | 07/09/2024 - Current | | |
| **Name:** | CONSUMER CELLULAR | | |
| **User Address:** | 12447 SW 69TH AVE, PORTLAND, OR 97223 | | |
| **Service Start Date:** | 07/09/2024 | **Dealer Info:** | |
| **Payment Type:** | | | |
| **Contact Name:** | | | |
| **Contact Home Phone:** | | **Contact Work Phone:** | |
| **Contact Home Email:** | | **Contact Work Email:** | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| | |

**AT&T PROPRIETARY**

The information contained here is for use by authorized person only and is not for general distribution.