# EXHIBIT C

**MOBILITY**
Case 2:24-cv-05478-GAW   Document 61-4   Filed 09/11/25   Page 2 of 18
**(with cell location)**

4391122
08/05/2025

AT&T

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:            08/05/2025
Run Time:            10:30:41
Data Usage For:      (215)████████

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 3970 | 09/24/24 | 20:27:21 | 1215████ | 60:01 | 755764 | 15809898 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493840:330054:-122.6813890:45.5616670:110:-1.00:15; 084493833:330054:-122.6813890:45.5616670:110:-1.00:1555; 084493847:330054:-122.6813890:45.5616670:110:-1.00:2031] |
| 3971 | 09/24/24 | 21:18:43 | 1215████ | 60:01 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493847:330054:-122.6813890:45.5616670:110:-1.00:3601] |
| 3972 | 09/24/24 | 21:27:22 | 1215████ | 60:00 | 139893 | 171854 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493847:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3973 | 09/24/24 | 22:18:44 | 1215████ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493847:330054:-122.6813890:45.5616670:110:-1.00:525; 084493833:330054:-122.6813890:45.5616670:110:-1.00:3075] |
| 3974 | 09/24/24 | 22:27:22 | 1215████ | 60:00 | 154040 | 325234 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493847:330054:-122.6813890:45.5616670:110:-1.00:7; 084493833:330054:-122.6813890:45.5616670:110:-1.00:3593] |
| 3975 | 09/24/24 | 23:18:44 | 1215████ | 60:00 | 4976 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3976 | 09/24/24 | 23:27:22 | 1215████ | 60:00 | 67111 | 67660 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3108; 084493847:330054:-122.6813890:45.5616670:110:-1.00:155; 084490248:330040:-122.6782100:45.5524600:25:-1.00:9; 084493833:330054:-122.6813890:45.5616670:110:-1.00:328] |
| 3977 | 09/25/24 | 00:18:44 | 1215████ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:26; 084493847:330054:-122.6813890:45.5616670:110:-1.00:155; 084490248:330040:-122.6782100:45.5524600:25:-1.00:9; 084493833:330054:-122.6813890:45.5616670:110:-1.00:1301; 084490248:330040:-122.6782100:45.5524600:25:-1.00:13; 084490262:330040:-122.6782100:45.5524600:25:-1.00:2096] |
| 3978 | 09/25/24 | 00:27:22 | 1215████ | 60:00 | 367216 | 1656847 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:973; 084490248:330040:-122.6782100:45.5524600:25:-1.00:13; 084490262:330040:-122.6782100:45.5524600:25:-1.00:2614] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**  
**(with cell location)**  
Case 2:24-cv-05478-GAW   Document 61-4   Filed 09/11/25   Page 3 of 18

4391122  
08/05/2025

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm  
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 08/05/2025  
Run Time: 10:30:41  
Data Usage For: (215▇▇▇▇▇▇▇)

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 3979 | 09/25/24 | 01:18:44 | 1215▇▇▇ | 60:00 | 8152 | 5092 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490262:330040:-122.6782100:45.5524600:25:-1.00:2253; 084493833:330054:-122.6813890:45.5616670:110:-1.00:1347] |
| 3980 | 09/25/24 | 01:27:22 | 1215▇▇▇ | 60:00 | 837946 | 1538465 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490262:330040:-122.6782100:45.5524600:25:-1.00:1735; 084493833:330054:-122.6813890:45.5616670:110:-1.00:1865] |
| 3981 | 09/25/24 | 02:18:44 | 1215▇▇▇ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3982 | 09/25/24 | 02:27:22 | 1215▇▇▇ | 60:01 | 254369 | 663939 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3601] |
| 3983 | 09/25/24 | 03:18:44 | 1215▇▇▇ | 60:00 | 4976 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3984 | 09/25/24 | 03:27:23 | 1215▇▇▇ | 60:00 | 323890 | 656767 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3985 | 09/25/24 | 04:18:44 | 1215▇▇▇ | 60:01 | 7488 | 3144 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3601] |
| 3986 | 09/25/24 | 04:27:23 | 1215▇▇▇ | 60:00 | 189519 | 287414 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3987 | 09/25/24 | 05:18:45 | 1215▇▇▇ | 60:00 | 8152 | 3828 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:1235; 084490248:330040:-122.6782100:45.5524600:25:-1.00:69; 084493833:330054:-122.6813890:45.5616670:110:-1.00:92; 084490248:330040:-122.6782100:45.5524600:25:-1.00:4; 084493833:330054:-122.6813890:45.5616670:110:-1.00:196; 084493847:330054:-122.6813890:45.5616670:110:-1.00:62; 084493833:330054:-122.6813890:45.5616670:110:-1.00:1942] |

**AT&T Proprietary**  
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

```
                                              MOBILITY
                                         (with cell location)
4391122
08/05/2025
                    AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
                    AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                    UTC.
```

AT&T

| Run Date: | 08/05/2025 |
|---|---|
| Run Time: | 10:30:41 |
| Data Usage For: | (215) |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 3988 | 09/25/24 | 05:27:23 | 1215 | 60:00 | 91087 | 113920 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:717; 084490248:330040:-122.6782100:45.5524600:25:-1.00:69; 084493833:330054:-122.6813890:45.5616670:110:-1.00:93; 084490248:330040:-122.6782100:45.5524600:25:-1.00:3; 084493833:330054:-122.6813890:45.5616670:110:-1.00:196; 084493847:330054:-122.6813890:45.5616670:110:-1.00:62; 084493833:330054:-122.6813890:45.5616670:110:-1.00:2460] |
| 3989 | 09/25/24 | 06:18:45 | 1215 | 60:00 | 14872 | 10345 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:2754; 084494041:330054:-122.6813890:45.5616670:110:-1.00:846] |
| 3990 | 09/25/24 | 06:27:23 | 1215 | 60:00 | 599674 | 5690445 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:2236; 084494041:330054:-122.6813890:45.5616670:110:-1.00:1364] |
| 3991 | 09/25/24 | 07:17:46 | 1215 | 0:06 | 2898 | 10322 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:6] |
| 3992 | 09/25/24 | 07:17:54 | 1215 | 0:08 | 5707 | 16512 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:8] |
| 3993 | 09/25/24 | 07:18:45 | 1215 | 60:00 | 7488 | 3144 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3994 | 09/25/24 | 07:27:23 | 1215 | 60:00 | 320268 | 1133528 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3995 | 09/25/24 | 08:18:45 | 1215 | 60:00 | 4976 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3996 | 09/25/24 | 08:27:23 | 1215 | 60:01 | 481774 | 457466 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3601] |
| 3997 | 09/25/24 | 09:18:45 | 1215 | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3998 | 09/25/24 | 09:27:24 | 1215 | 60:00 | 55147 | 242817 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 3999 | 09/25/24 | 10:18:45 | 1215 | 60:01 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3601] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

MOBILITY
Case 2:24-cv-05478-GAW   Document 61-4   Filed 09/11/25   Page 5 of 18
(with cell location)



```
4391122
08/05/2025
```

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 08/05/2025
Run Time: 10:30:41
Data Usage For: (215)███████

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4000 | 09/25/24 | 10:27:24 | 1215████ | 60:00 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4001 | 09/25/24 | 11:18:46 | 1215████ | 60:00 | 10648 | 5200 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4002 | 09/25/24 | 11:27:24 | 1215████ | 60:00 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4003 | 09/25/24 | 12:18:46 | 1215████ | 60:00 | 4852 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4004 | 09/25/24 | 12:27:24 | 1215████ | 60:00 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4005 | 09/25/24 | 13:18:46 | 1215████ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4006 | 09/25/24 | 13:27:24 | 1215████ | 7:54 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:474] |
| 4007 | 09/25/24 | 13:37:02 | 1215████ | 60:00 | 485188 | 896836 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4008 | 09/25/24 | 14:18:46 | 1215████ | 60:00 | 16960 | 13360 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3046; 084493833:330054:-122.6813890:45.5616670:110:-1.00:554] |
| 4009 | 09/25/24 | 14:25:33 | 1215████ | 2:22 | 151395 | 316599 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:142] |
| 4010 | 09/25/24 | 14:37:02 | 1215████ | 60:00 | 1017477 | 5070298 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:1950; 084493833:330054:-122.6813890:45.5616670:110:-1.00:1375; 084490248:330040:-122.6782100:45.5524600:25:-1.00:275] |
| 4011 | 09/25/24 | 15:18:46 | 1215████ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:821; 084490248:330040:-122.6782100:45.5524600:25:-1.00:1609; 084493833:330054:-122.6813890:45.5616670:110:-1.00:370; 084490248:330040:-122.6782100:45.5524600:25:-1.00:800] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

```
                                    MOBILITY
                               (with cell location)
4391122                                                                                    AT&T
08/05/2025
             AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
             AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
             UTC.
```

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Run Date: | | | 08/05/2025 | | | | | | | |
| Run Time: | | | 10:30:41 | | | | | | | |
| Data Usage For: | | | (215) ▉▉▉▉▉▉▉ | | | | | | | |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4012 | 09/25/24 | 15:37:02 | 1215▉▉▉▉ | 60:00 | 589165 | 464619 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490248:330040:-122.6782100:45.5524600:25:-1.00:1334; 084493833:330054:-122.6813890:45.5616670:110:-1.00:370; 084490248:330040:-122.6782100:45.5524600:25:-1.00:1234; 084493833:330054:-122.6813890:45.5616670:110:-1.00:78; 084490248:330040:-122.6782100:45.5524600:25:-1.00:584] |
| 4013 | 09/25/24 | 16:18:46 | 1215▉▉▉▉ | 60:01 | 8152 | 3828 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490248:330040:-122.6782100:45.5524600:25:-1.00:434; 084493833:330054:-122.6813890:45.5616670:110:-1.00:78; 084490248:330040:-122.6782100:45.5524600:25:-1.00:1270; 084493833:330054:-122.6813890:45.5616670:110:-1.00:255; 084490248:330040:-122.6782100:45.5524600:25:-1.00:150; 084493833:330054:-122.6813890:45.5616670:110:-1.00:164; 084490248:330040:-122.6782100:45.5524600:25:-1.00:108; 084493833:330054:-122.6813890:45.5616670:110:-1.00:163; 084490248:330040:-122.6782100:45.5524600:25:-1.00:979] |
| 4014 | 09/25/24 | 16:37:02 | 1215▉▉▉▉ | 60:00 | 120223 | 111063 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490248:330040:-122.6782100:45.5524600:25:-1.00:686; 084493833:330054:-122.6813890:45.5616670:110:-1.00:255; 084490248:330040:-122.6782100:45.5524600:25:-1.00:150; 084493833:330054:-122.6813890:45.5616670:110:-1.00:164; 084490248:330040:-122.6782100:45.5524600:25:-1.00:108; 084493833:330054:-122.6813890:45.5616670:110:-1.00:163; 084490248:330040:-122.6782100:45.5524600:25:-1.00:1311; 084493833:330054:-122.6813890:45.5616670:110:-1.00:11; 084490248:330040:-122.6782100:45.5524600:25:-1.00:62; 084493833:330054:-122.6813890:45.5616670:110:-1.00:690] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

MOBILITY
(with cell location)
Case 2:24-cv-05478-GAW   Document 61-4   Filed 09/11/25   Page 7 of 18
4391122
08/05/2025

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Run Date: | 08/05/2025 |
| Run Time: | 10:30:41 |
| Data Usage For: | (215)███████ |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4015 | 09/25/24 | 17:18:47 | 1215███ | 34:41 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490248:330040:-122.6782100:45.5524600:25:-1.00:332; 084493833:330054:-122.6813890:45.5616670:110:-1.00:11; 084490248:330040:-122.6782100:45.5524600:25:-1.00:62; 084493833:330054:-122.6813890:45.5616670:110:-1.00:776; 084631561:330592:-122.6616700:45.5716700:180:-1.00:272; 084493336:330052:-122.6316667:45.5736111:240:-1.00:28; 084493321:330052:-122.6316667:45.5736111:110:-1.00:65; 084655114:330684:-122.5972056:45.5703472:225:-1.00:179; 084655113:330684:-122.5972056:45.5703472:95:-1.00:274; 084491274:330044:-122.5750000:45.5833333:240:-1.00:82] |
| 4016 | 09/25/24 | 17:37:02 | 1215███ | 46:25 | 43768 | 64428 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:86; 084631561:330592:-122.6616700:45.5716700:180:-1.00:272; 084493336:330052:-122.6316667:45.5736111:240:-1.00:28; 084493321:330052:-122.6316667:45.5736111:110:-1.00:65; 084655114:330684:-122.5972056:45.5703472:225:-1.00:179; 084655113:330684:-122.5972056:45.5703472:95:-1.00:274; 084491274:330044:-122.5750000:45.5833333:240:-1.00:82; 084491273:330044:-122.5750000:45.5833333:115:-1.00:193; 084959869:331874:-122.5909820:45.5895760:0:360.00:3; 084959357:331872:-122.5909820:45.5895760:0:360.00:750; 084959356:331872:-122.5909820:45.5895760:0:360.00:524; 084959357:331872:-122.5909820:45.5895760:0:360.00:329] |
| 4017 | 09/25/24 | 17:53:28 | 1215███ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084491273:330044:-122.5750000:45.5833333:115:-1.00:193; 084959869:331874:-122.5909820:45.5895760:0:360.00:3; 084959357:331872:-122.5909820:45.5895760:0:360.00:750; 084959356:331872:-122.5909820:45.5895760:0:360.00:524; 084959357:331872:-122.5909820:45.5895760:0:360.00:329; 084959356:331872:-122.5909820:45.5895760:0:360.00:215; 084959868:331874:-122.5909820:45.5895760:0:360.00:985; 084959358:331872:-122.5909820:45.5895760:0:360.00:601] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY (with cell location)**

4391122
08/05/2025

AT&T

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 08/05/2025
Run Time: 10:30:41
Data Usage For: (215)████

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4018 | 09/25/24 | 18:23:27 | 1215████ | 60:00 | 88045 | 151964 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084959356:331872:-122.5909820:45.5895760:0:360.00:215; 084959868:331874:-122.5909820:45.5895760:0:360.00:985; 084959358:331872:-122.5909820:45.5895760:0:360.00:1019; 084959868:331874:-122.5909820:45.5895760:0:360.00:959; 084959947:331874:-122.5909820:45.5895760:0:360.00:36; 084491482:330044:-122.5750000:45.5833333:240:-1.00:274; 087006923:339870:-122.5909820:45.5895760:0:360.00:63; 084491480:330044:-122.5750000:45.5833333:5:-1.00:49] |
| 4019 | 09/25/24 | 18:53:28 | 1215████ | 60:00 | 2496 | 1048 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084959358:331872:-122.5909820:45.5895760:0:360.00:417; 084959868:331874:-122.5909820:45.5895760:0:360.00:960; 084959947:331874:-122.5909820:45.5895760:0:360.00:36; 084491482:330044:-122.5750000:45.5833333:240:-1.00:274; 087006923:339870:-122.5909820:45.5895760:0:360.00:63; 084491480:330044:-122.5750000:45.5833333:5:-1.00:76; 084491481:330044:-122.5750000:45.5833333:115:-1.00:1774] |
| 4020 | 09/25/24 | 19:23:27 | 1215████ | 60:00 | 1003 | 628 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084491480:330044:-122.5750000:45.5833333:5:-1.00:27; 084491481:330044:-122.5750000:45.5833333:115:-1.00:3573] |
| 4021 | 09/25/24 | 19:53:28 | 1215████ | 30:32 | 0 | 0 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084491481:330044:-122.5750000:45.5833333:115:-1.00:1832] |
| 4022 | 09/25/24 | 20:23:27 | 1215████ | 0:33 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084491481:330044:-122.5750000:45.5833333:115:-1.00:33] |
| 4023 | 09/25/24 | 20:24:01 | 1215████ | 58:11 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [105611281:412544:-112.4085028:47.4983639:205:-1.00:3491] |
| 4024 | 09/25/24 | 22:06:11 | 1215████ | 0:15 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082207760:321124:-93.2497000:45.5934360:0:-1.00:15] |
| 4025 | 09/25/24 | 22:13:16 | 1215████ | 3:14 | 59517 | 196002 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082702764:323057:-93.0274166:44.9532500:210:-1.00:194] |
| 4026 | 09/25/24 | 22:16:31 | 1215████ | 2:51 | 112974 | 235901 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082858291:323665:-93.0414561:44.8274501:0:-1.00:18; 082841872:323601:-93.0405000:44.8561670:0:-1.00:11; 082817046:323504:-93.1622222:44.4658333:0:-1.00:12; 082717491:323115:-93.0816667:44.9083333:190:-1.00:18; 082737160:323192:-93.1222240:44.8328250:0:-1.00:20; 082797066:323426:-93.1001120:44.9193240:180:-1.00:45; 082716424:323111:-93.1893056:44.8425833:45:-1.00:47] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Run Date: | 08/05/2025 |
| Run Time: | 10:30:41 |
| Data Usage For: | (215) ▮▮▮▮ |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4027 | 09/25/24 | 22:17:01 | 1215▮▮▮ | 4:06 | 7142 | 10980 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082817046:323504:-93.1622222:44.4658333:0:-1.00:12; 082717491:323115:-93.0816667:44.9083333:190:-1.00:17; 082737160:323192:-93.1222240:44.8328250:0:-1.00:20; 082797066:323426:-93.1001120:44.9193240:180:-1.00:45; 082716424:323111:-93.1893056:44.8425833:45:-1.00:47; 082712073:323094:-93.1950000:44.8922222:210:-1.00:7; 082694666:323026:-93.2244444:44.8677778:320:-1.00:24; 082692874:323019:-93.2105600:44.8827780:300:-1.00:40; 082712074:323094:-93.1950000:44.8922222:330:-1.00:34; 082694666:323026:-93.2244444:44.8677778:320:-1.00:0] |
| 4028 | 09/25/24 | 22:19:22 | 1215▮▮▮ | 22:31 | 106906 | 706136 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082712073:323094:-93.1950000:44.8922222:210:-1.00:7; 082694666:323026:-93.2244444:44.8677778:320:-1.00:24; 082692874:323019:-93.2105600:44.8827780:300:-1.00:40; 082712074:323094:-93.1950000:44.8922222:330:-1.00:34; 082694666:323026:-93.2244444:44.8677778:320:-1.00:; 082712073:323094:-93.1950000:44.8922222:210:-1.00:8; 082706186:323071:-93.1516667:44.8625000:345:-1.00:25; 082694666:323026:-93.2244444:44.8677778:320:-1.00:51; 082692874:323019:-93.2105600:44.8827780:300:-1.00:8; 082806793:323464:-93.1887222:44.9138306:0:-1.00:78; 082719752:323124:-93.2486111:44.8897222:0:-1.00:16; 082692874:323019:-93.2105600:44.8827780:300:-1.00:1060] |
| 4029 | 09/25/24 | 22:21:07 | 1215▮▮▮ | 30:35 | 2528 | 1280 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082712073:323094:-93.1950000:44.8922222:210:-1.00:8; 082706186:323071:-93.1516667:44.8625000:345:-1.00:25; 082694666:323026:-93.2244444:44.8677778:320:-1.00:51; 082692874:323019:-93.2105600:44.8827780:300:-1.00:8; 082806793:323464:-93.1887222:44.9138306:0:-1.00:78; 082719752:323124:-93.2486111:44.8897222:0:-1.00:16; 082692874:323019:-93.2105600:44.8827780:300:-1.00:1060; 082923707:323920:-93.2125500:44.8837720:0:360.00:108; 082923705:323920:-93.2125500:44.8837720:100:360.00:208; 082923644:323920:-93.2125500:44.8837720:0:360.00:273] |
| 4030 | 09/25/24 | 22:41:53 | 1215▮▮▮ | 60:00 | 77900 | 221450 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082923707:323920:-93.2125500:44.8837720:0:360.00:108; 082923705:323920:-93.2125500:44.8837720:100:360.00:208; 082923644:323920:-93.2125500:44.8837720:0:360.00:273; 082924158:323922:-93.2125500:44.8837720:100:360.00:136; 082923901:323921:-93.2125500:44.8837720:210:360.00:2875] |
| 4031 | 09/25/24 | 22:51:42 | 1215▮▮▮ | 60:00 | 5056 | 2452 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082924158:323922:-93.2125500:44.8837720:100:360.00:136; 082923901:323921:-93.2125500:44.8837720:210:360.00:3464] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

MOBILITY
(with cell location)

Case 2:24-cv-05478-GAW    Document 61-4    Filed 09/11/25    Page 10 of 18

4391122
08/05/2025

AT&T

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Run Date: | 08/05/2025 |
| Run Time: | 10:30:41 |
| Data Usage For: | (215█████████ |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4032 | 09/25/24 | 23:41:53 | 1215████ | 60:00 | 70534 | 212805 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082923901:323921:-93.2125500:44.8837720:210:360.00:1525; 082712073:323094:-93.1950000:44.8922222:210:-1.00:86; 082923901:323921:-93.2125500:44.8837720:210:360.00:186; 082719752:323124:-93.2486111:44.8897222:0:-1.00:276; 082923390:323919:-93.2125500:44.8837720:100:360.00:272; 082924158:323922:-93.2125500:44.8837720:100:360.00:271; 082923646:323920:-93.2125500:44.8837720:100:360.00:984] |
| 4033 | 09/25/24 | 23:51:42 | 1215████ | 60:00 | 5056 | 2128 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082923901:323921:-93.2125500:44.8837720:210:360.00:936; 082712073:323094:-93.1950000:44.8922222:210:-1.00:86; 082923901:323921:-93.2125500:44.8837720:210:360.00:186; 082719752:323124:-93.2486111:44.8897222:0:-1.00:276; 082923390:323919:-93.2125500:44.8837720:100:360.00:272; 082924158:323922:-93.2125500:44.8837720:100:360.00:271; 082923646:323920:-93.2125500:44.8837720:100:360.00:1272; 082692874:323019:-93.2105600:44.8827780:300:-1.00:301] |
| 4034 | 09/26/24 | 00:41:53 | 1215████ | 60:00 | 17472 | 21165 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082923646:323920:-93.2125500:44.8837720:100:360.00:288; 082692874:323019:-93.2105600:44.8827780:300:-1.00:1034; 082719752:323124:-93.2486111:44.8897222:0:-1.00:116; 082806793:323464:-93.1887222:44.9138306:0:-1.00:176; 082712073:323094:-93.1950000:44.8922222:210:-1.00:1986] |
| 4035 | 09/26/24 | 00:51:42 | 1215████ | 60:00 | 2528 | 1280 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082692874:323019:-93.2105600:44.8827780:300:-1.00:733; 082719752:323124:-93.2486111:44.8897222:0:-1.00:116; 082806793:323464:-93.1887222:44.9138306:0:-1.00:176; 082712073:323094:-93.1950000:44.8922222:210:-1.00:2575] |
| 4036 | 09/26/24 | 01:41:53 | 1215████ | 28:52 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082712073:323094:-93.1950000:44.8922222:210:-1.00:1732] |
| 4037 | 09/26/24 | 01:51:42 | 1215████ | 19:03 | 0 | 0 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [082712073:323094:-93.1950000:44.8922222:210:-1.00:1143] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Run Date: | 08/05/2025 |
| Run Time: | 10:30:41 |
| Data Usage For: | (215) |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4344 | 10/01/24 | 22:18:52 | 1215 | 40:55 | 2496 | 1048 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490262:330040:-122.6782100:45.5524600:25:-1.00:38; 084493840:330054:-122.6813890:45.5616670:110:-1.00:12; 084490248:330040:-122.6782100:45.5524600:25:-1.00:115; 084490249:330040:-122.6782100:45.5524600:145:-1.00:53; 084490262:330040:-122.6782100:45.5524600:25:-1.00:78; 084493847:330054:-122.6813890:45.5616670:110:-1.00:45; 084494041:330054:-122.6813890:45.5616670:110:-1.00:383; 084492810:330050:-122.6461110:45.5550000:270:-1.00:221; 084492824:330050:-122.6461110:45.5550000:270:-1.00:1508; 084493847:330054:-122.6813890:45.5616670:110:-1.00:2] |
| 4345 | 10/01/24 | 22:59:45 | 1215 | 60:00 | 88867 | 80037 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493847:330054:-122.6813890:45.5616670:110:-1.00:2; 084492824:330050:-122.6461110:45.5550000:270:-1.00:290; 084494041:330054:-122.6813890:45.5616670:110:-1.00:178; 084492817:330050:-122.6461110:45.5550000:270:-1.00:723; 084493833:330054:-122.6813890:45.5616670:110:-1.00:2407] |
| 4346 | 10/01/24 | 22:59:47 | 1215 | 60:00 | 7380 | 2900 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084492824:330050:-122.6461110:45.5550000:270:-1.00:290; 084494041:330054:-122.6813890:45.5616670:110:-1.00:178; 084492817:330050:-122.6461110:45.5550000:270:-1.00:723; 084493833:330054:-122.6813890:45.5616670:110:-1.00:2409] |
| 4347 | 10/01/24 | 23:59:45 | 1215 | 60:00 | 17124 | 30385 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4348 | 10/01/24 | 23:59:47 | 1215 | 60:00 | 7488 | 3144 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4349 | 10/02/24 | 00:59:45 | 1215 | 60:00 | 153912 | 250040 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:2168; 084490248:330040:-122.6782100:45.5524600:25:-1.00:1124; 084493833:330054:-122.6813890:45.5616670:110:-1.00:308] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

Page 513

The information contained here is for use by authorized persons only and is not for general distribution.

MOBILITY
Case 2:24-cv-05478-GAW    Document 61-4    Filed 09/11/25    Page 12 of 18
(with cell location)

4391122
08/05/2025

AT&T

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 08/05/2025
Run Time: 10:30:41
Data Usage For: (215)█████

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4350 | 10/02/24 | 00:59:47 | 1215█ | 60:00 | 8152 | 3844 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:2166; 084490248:330040:-122.6782100:45.5524600:25:-1.00:1124; 084493833:330054:-122.6813890:45.5616670:110:-1.00:310] |
| 4351 | 10/02/24 | 01:59:45 | 1215█ | 60:00 | 11272 | 9375 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4352 | 10/02/24 | 01:59:47 | 1215█ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4353 | 10/02/24 | 02:59:45 | 1215█ | 60:00 | 93138 | 1090292 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:2801; 084490248:330040:-122.6782100:45.5524600:25:-1.00:491; 084493833:330054:-122.6813890:45.5616670:110:-1.00:271; 084490248:330040:-122.6782100:45.5524600:25:-1.00:37] |
| 4354 | 10/02/24 | 02:59:47 | 1215█ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:2799; 084490248:330040:-122.6782100:45.5524600:25:-1.00:491; 084493833:330054:-122.6813890:45.5616670:110:-1.00:271; 084490248:330040:-122.6782100:45.5524600:25:-1.00:39] |
| 4355 | 10/02/24 | 03:59:45 | 1215█ | 60:00 | 18565 | 18342 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490248:330040:-122.6782100:45.5524600:25:-1.00:68; 084493833:330054:-122.6813890:45.5616670:110:-1.00:166; 084490248:330040:-122.6782100:45.5524600:25:-1.00:272; 084490262:330040:-122.6782100:45.5524600:25:-1.00:2825; 084493833:330054:-122.6813890:45.5616670:110:-1.00:269] |
| 4356 | 10/02/24 | 03:59:47 | 1215█ | 60:00 | 7488 | 3144 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490248:330040:-122.6782100:45.5524600:25:-1.00:66; 084493833:330054:-122.6813890:45.5616670:110:-1.00:166; 084490248:330040:-122.6782100:45.5524600:25:-1.00:272; 084490262:330040:-122.6782100:45.5524600:25:-1.00:2825; 084493833:330054:-122.6813890:45.5616670:110:-1.00:271] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 08/05/2025
Run Time: 10:30:41
Data Usage For: (215)███████

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4357 | 10/02/24 | 04:59:45 | 1215███ | 60:00 | 205633 | 309747 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:1553; 084490248:330040:-122.6782100:45.5524600:25:-1.00:30; 084493833:330054:-122.6813890:45.5616670:110:-1.00:754; 084490248:330040:-122.6782100:45.5524600:25:-1.00:196; 084493833:330054:-122.6813890:45.5616670:110:-1.00:1067] |
| 4358 | 10/02/24 | 04:59:47 | 1215███ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:1551; 084490248:330040:-122.6782100:45.5524600:25:-1.00:30; 084493833:330054:-122.6813890:45.5616670:110:-1.00:754; 084490248:330040:-122.6782100:45.5524600:25:-1.00:196; 084493833:330054:-122.6813890:45.5616670:110:-1.00:1069] |
| 4359 | 10/02/24 | 05:59:45 | 1215███ | 60:00 | 32928 | 157127 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:1081; 084490262:330040:-122.6782100:45.5524600:25:-1.00:186; 084493833:330054:-122.6813890:45.5616670:110:-1.00:2333] |
| 4360 | 10/02/24 | 05:59:47 | 1215███ | 60:00 | 8260 | 5108 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:1079; 084490262:330040:-122.6782100:45.5524600:25:-1.00:186; 084493833:330054:-122.6813890:45.5616670:110:-1.00:2335] |
| 4361 | 10/02/24 | 06:59:45 | 1215███ | 60:00 | 26830 | 36514 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4362 | 10/02/24 | 06:59:47 | 1215███ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4363 | 10/02/24 | 07:59:45 | 1215███ | 60:00 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4364 | 10/02/24 | 07:59:47 | 1215███ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4365 | 10/02/24 | 08:59:45 | 1215███ | 60:00 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4366 | 10/02/24 | 08:59:47 | 1215███ | 60:00 | 7488 | 3144 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

```
4391122
08/05/2025
```

**MOBILITY**
**(with cell location)**

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 08/05/2025
Run Time: 10:30:41
Data Usage For: (215)▇▇▇▇▇▇▇

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4367 | 10/02/24 | 09:59:45 | 1215▇▇▇ | 60:00 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4368 | 10/02/24 | 09:59:47 | 1215▇▇▇ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4369 | 10/02/24 | 10:59:45 | 1215▇▇▇ | 51:24 | 0 | 0 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3084] |
| 4370 | 10/02/24 | 10:59:47 | 1215▇▇▇ | 60:00 | 8152 | 3844 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4371 | 10/02/24 | 11:59:47 | 1215▇▇▇ | 60:00 | 4976 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4372 | 10/02/24 | 12:59:47 | 1215▇▇▇ | 60:00 | 7488 | 3144 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4373 | 10/02/24 | 13:15:02 | 1215▇▇▇ | 60:00 | 368604 | 2220683 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4374 | 10/02/24 | 13:59:47 | 1215▇▇▇ | 59:26 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:2024; 084494041:330054:-122.6813890:45.5616670:110:-1.00:428; 084492817:330050:-122.6461110:45.5550000:270:-1.00:2; 084490256:330040:-122.6782100:45.5524600:145:-1.00:79; 084490249:330040:-122.6782100:45.5524600:145:-1.00:34; 084493833:330054:-122.6813890:45.5616670:110:-1.00:242; 084489177:330035:-122.6691800:45.5369100:150:-1.00:181; 084488920:330034:-122.6600400:45.5125700:0:-1.00:61; 084488921:330034:-122.6600400:45.5125700:0:-1.00:240; 084645897:330648:-122.6420667:45.4768778:135:-1.00:275] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Run Date: | 08/05/2025 |
| Run Time: | 10:30:41 |
| Data Usage For: | (215)▮▮▮▮▮▮▮ |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4375 | 10/02/24 | 14:15:02 | 1215▮▮▮▮▮▮ | 54:34 | 26462 | 34719 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493833:330054:-122.6813890:45.5616670:110:-1.00:1109; 084494041:330054:-122.6813890:45.5616670:110:-1.00:428; 084492817:330050:-122.6461110:45.5550000:270:-1.00:2; 084490256:330040:-122.6782100:45.5524600:145:-1.00:79; 084490249:330040:-122.6782100:45.5524600:145:-1.00:34; 084493833:330054:-122.6813890:45.5616670:110:-1.00:242; 084489177:330035:-122.6691800:45.5369100:150:-1.00:181; 084488920:330034:-122.6600400:45.5125700:0:-1.00:61; 084488921:330034:-122.6600400:45.5125700:0:-1.00:240; 084645897:330648:-122.6420667:45.4768778:135:-1.00:275; 084663064:330715:-122.6097560:45.4677640:305:-1.00:274; 084483337:330013:-122.6455556:45.4636111:120:-1.00:271; 084650257:330665:-122.6235861:45.4893333:220:-1.00:78] |
| 4376 | 10/02/24 | 14:59:13 | 1215▮▮▮▮▮▮ | 60:00 | 4976 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084663064:330715:-122.6097560:45.4677640:305:-1.00:274; 084483337:330013:-122.6455556:45.4636111:120:-1.00:271; 084650257:330665:-122.6235861:45.4893333:220:-1.00:78; 084677386:330771:-122.6170190:45.4790420:270:-1.00:138; 084650249:330665:-122.6235861:45.4893333:150:-1.00:186; 084547337:330263:-122.6266670:45.4963890:150:-1.00:55; 084547336:330263:-122.6266670:45.4963890:60:-1.00:222; 084547338:330263:-122.6266670:45.4963890:340:-1.00:319; 084547336:330263:-122.6266670:45.4963890:60:-1.00:2057] |
| 4377 | 10/02/24 | 15:09:36 | 1215▮▮▮▮▮▮ | 60:00 | 510194 | 1746980 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084677386:330771:-122.6170190:45.4790420:270:-1.00:138; 084650249:330665:-122.6235861:45.4893333:150:-1.00:186; 084547337:330263:-122.6266670:45.4963890:150:-1.00:55; 084547336:330263:-122.6266670:45.4963890:60:-1.00:222; 084547338:330263:-122.6266670:45.4963890:340:-1.00:319; 084547336:330263:-122.6266670:45.4963890:60:-1.00:2680] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

Page 517

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        08/05/2025
Run Time:        10:30:41
Data Usage For:  (215█████████)

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4378 | 10/02/24 | 15:59:13 | 1215█████ | 60:00 | 8368 | 5232 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084547336:330263:-122.6266670:45.4963890:60:-1.00:2974; 084547338:330263:-122.6266670:45.4963890:340:-1.00:626] |
| 4379 | 10/02/24 | 16:09:36 | 1215█████ | 60:00 | 240855 | 562534 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084547336:330263:-122.6266670:45.4963890:60:-1.00:2351; 084547338:330263:-122.6266670:45.4963890:340:-1.00:1249] |
| 4380 | 10/02/24 | 16:59:13 | 1215█████ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084547338:330263:-122.6266670:45.4963890:340:-1.00:894; 086793484:339037:-122.6462900:45.4979600:150:-1.00:3; 084489480:330037:-122.6462900:45.4979600:20:-1.00:117; 084656394:330689:-122.6547167:45.5030556:205:65.00:1197; 084488727:330034:-122.6600400:45.5125700:0:-1.00:44; 084488712:330034:-122.6600400:45.5125700:30:-1.00:40; 086171455:336607:-122.6628900:45.5171700:0:-1.00:67; 084689928:330820:-122.6635472:45.5248278:5:-1.00:123; 084626136:330570:-122.6750833:45.5382778:15:-1.00:274; 084494041:330054:-122.6813890:45.5616670:110:-1.00:841] |
| 4381 | 10/02/24 | 17:09:36 | 1215█████ | 60:00 | 321586 | 882343 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084547338:330263:-122.6266670:45.4963890:340:-1.00:271; 086793484:339037:-122.6462900:45.4979600:150:-1.00:3; 084489480:330037:-122.6462900:45.4979600:20:-1.00:117; 084656394:330689:-122.6547167:45.5030556:205:65.00:1197; 084488727:330034:-122.6600400:45.5125700:0:-1.00:44; 084488712:330034:-122.6600400:45.5125700:30:-1.00:40; 086171455:336607:-122.6628900:45.5171700:0:-1.00:67; 084689928:330820:-122.6635472:45.5248278:5:-1.00:123; 084626136:330570:-122.6750833:45.5382778:15:-1.00:274; 084494041:330054:-122.6813890:45.5616670:110:-1.00:1464] |
| 4382 | 10/02/24 | 17:59:13 | 1215█████ | 60:00 | 4976 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4383 | 10/02/24 | 18:09:36 | 1215█████ | 60:00 | 101263 | 224338 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |
| 4384 | 10/02/24 | 18:59:13 | 1215█████ | 60:00 | 7488 | 3144 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3600] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

```
                                              MOBILITY
4391122                                   (with cell location)
08/05/2025
                AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
                AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                UTC.
```

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Run Date: | | 08/05/2025 | | | | | | | | |
| Run Time: | | 10:30:41 | | | | | | | | |
| Data Usage For: | | (215▮▮▮▮▮▮▮) | | | | | | | | |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4385 | 10/02/24 | 19:09:36 | 1215▮▮▮▮ | 60:00 | 176669 | 216371 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:3333; 084490249:330040:-122.6782100:45.5524600:145:-1.00:133; 084489176:330035:-122.6691800:45.5369100:65:-1.00:30; 084489177:330035:-122.6691800:45.5369100:150:-1.00:104] |
| 4386 | 10/02/24 | 19:59:13 | 1215▮▮▮▮ | 30:55 | 9848 | 7547 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084494041:330054:-122.6813890:45.5616670:110:-1.00:356; 084490249:330040:-122.6782100:45.5524600:145:-1.00:133; 084489176:330035:-122.6691800:45.5369100:65:-1.00:30; 084489177:330035:-122.6691800:45.5369100:150:-1.00:188; 084490202:330039:-122.6559300:45.5359200:240:-1.00:345; 084623578:330560:-122.6487200:45.5320100:260:-1.00:9; 084490202:330039:-122.6559300:45.5359200:240:-1.00:144; 084492817:330050:-122.6461110:45.5550000:270:-1.00:225; 084493840:330054:-122.6813890:45.5616670:110:-1.00:25; 084490256:330040:-122.6782100:45.5524600:145:-1.00:400] |
| 4387 | 10/02/24 | 20:09:36 | 1215▮▮▮▮ | 60:00 | 103336 | 250362 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084489177:330035:-122.6691800:45.5369100:150:-1.00:84; 084490202:330039:-122.6559300:45.5359200:240:-1.00:345; 084623578:330560:-122.6487200:45.5320100:260:-1.00:9; 084490202:330039:-122.6559300:45.5359200:240:-1.00:144; 084492817:330050:-122.6461110:45.5550000:270:-1.00:225; 084493840:330054:-122.6813890:45.5616670:110:-1.00:25; 084490256:330040:-122.6782100:45.5524600:145:-1.00:400; 084493840:330054:-122.6813890:45.5616670:110:-1.00:54; 084490248:330040:-122.6782100:45.5524600:25:-1.00:2314] |
| 4388 | 10/02/24 | 20:16:46 | 1215▮▮▮▮ | 11:04 | 1037845 | 1793565 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084623578:330560:-122.6487200:45.5320100:260:-1.00:8; 084490202:330039:-122.6559300:45.5359200:240:-1.00:144; 084492817:330050:-122.6461110:45.5550000:270:-1.00:225; 084493840:330054:-122.6813890:45.5616670:110:-1.00:25; 084490256:330040:-122.6782100:45.5524600:145:-1.00:262] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

```
                                        MOBILITY
4391122                              (with cell location)
08/05/2025
                AT&T has queried for records from 10/01/2020 12:00:00am to 10/15/2024 11:59:59pm
                AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                UTC.
```

AT&T

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Run Date: | | 08/05/2025 | | | | | | | | |
| Run Time: | | 10:30:41 | | | | | | | | |
| Data Usage For: | | (215) ▮▮▮▮▮▮▮ | | | | | | | | |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 4389 | 10/02/24 | 20:30:08 | 1215▮▮▮ | 60:00 | 8152 | 3952 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084493840:330054:-122.6813890:45.5616670:110:-1.00:54; 084490248:330040:-122.6782100:45.5524600:25:-1.00:3546] |
| 4390 | 10/02/24 | 21:09:36 | 1215▮▮▮ | 60:00 | 2166352 | 484331 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490248:330040:-122.6782100:45.5524600:25:-1.00:2580; 084490262:330040:-122.6782100:45.5524600:25:-1.00:1020] |
| 4391 | 10/02/24 | 21:30:08 | 1215▮▮▮ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490248:330040:-122.6782100:45.5524600:25:-1.00:1348; 084490262:330040:-122.6782100:45.5524600:25:-1.00:2252] |
| 4392 | 10/02/24 | 22:09:36 | 1215▮▮▮ | 60:00 | 139376 | 335569 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490262:330040:-122.6782100:45.5524600:25:-1.00:3600] |
| 4393 | 10/02/24 | 22:30:08 | 1215▮▮▮ | 60:00 | 7488 | 3144 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490262:330040:-122.6782100:45.5524600:25:-1.00:3600] |
| 4394 | 10/02/24 | 23:09:36 | 1215▮▮▮ | 60:00 | 214181 | 334805 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490262:330040:-122.6782100:45.5524600:25:-1.00:3600] |
| 4395 | 10/02/24 | 23:30:08 | 1215▮▮▮ | 60:00 | 4992 | 2096 | ims | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490262:330040:-122.6782100:45.5524600:25:-1.00:3481; 084494041:330054:-122.6813890:45.5616670:110:-1.00:6; 084490457:330040:-122.6782100:45.5524600:145:-1.00:113] |
| 4396 | 10/03/24 | 00:09:36 | 1215▮▮▮ | 41:40 | 17213 | 19315 | reseller | 86511604550955 ONEPLUS TECHNOLOGY IN2013 | 310410432205406 | [084490262:330040:-122.6782100:45.5524600:25:-1.00:1113; 084494041:330054:-122.6813890:45.5616670:110:-1.00:6; 084490457:330040:-122.6782100:45.5524600:145:-1.00:120; 084490249:330040:-122.6782100:45.5524600:145:-1.00:42; 084625929:330570:-122.6750833:45.5382778:80:-1.00:2; 084488969:330035:-122.6691800:45.5369100:150:-1.00:17; 084488982:330035:-122.6691800:45.5369100:65:-1.00:15; 084488983:330035:-122.6691800:45.5369100:150:-1.00:524; 084626648:330572:-122.6745200:45.5150700:20:-1.00:6; 084488922:330034:-122.6600400:45.5125700:0:-1.00:298; 084488921:330034:-122.6600400:45.5125700:0:-1.00:274; 084645896:330648:-122.6420667:45.4768778:25:-1.00:83] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.