IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MURCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST HEALTH SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | Case No. 24-cv-05478-GAW |

**ORDER**

AND NOW, this 12th day of September, 2025, upon consideration of Plaintiff Jessica Murch's Motion to Transfer (Dkt. #56), Defendant Quest Health Solutions, LLC's Response consenting to the same (Dkt. #61) and having no opposition filed by Defendant Happy Quote, LLC, it is hereby ORDERED that the Motion is GRANTED, as uncontested. The Clerk of Court is directed to transfer this matter to the United States District Court for the Southern District of Florida.[1]

BY THE COURT:

_____
GAIL A. WEILHEIMER    J.

---

[1] After a brief period of jurisdictional discovery in this case, Plaintiff and Defendant Quest Health both now consent to transfer of this case to the Southern District of Florida. (See: Dkt. #56, 61). In Plaintiff's Motion to Transfer, she indicated that Defendant Happy Quote was unwilling to consent to that transfer. Regardless of whether Happy Quote consented then, it has consented now by not responding within 14 days of the motion. See: Local.R.Civ.P. 7.1(c)(setting time to respond to motions at 14 days, and stating that "[i]n the absence of a timely response, the motion may be granted as uncontested. . . ."). The motion is granted as uncontested.